

EXHIBIT ONE



EXHIBIT ONE