## FIREARMS LICENCE

**STEVEN FOTOUDIS**

| CLASS | PURPOSES OF USE |
|---|---|
| A | 23 |
| B | 23 |

LICENCE 145▮▮▮
BIRTH ▮-11-▮
EXPIRY 31-12-14

### EXPLANATION OF LICENCE CLASSES

**CLASS A:** Air rifles, air guns and paint ball firearms; 22 rimfire rifles (not self loading); single or double barrel shotguns (not self loading or pump action), and includes receivers.

**CLASS B:** Muzzle loading firearms (not being handguns); revolving chamber rifles; centrefire (not self loading); break action shotgun/rifle combinations. All other firearms that are not class A firearms (not being prescribed firearms, handguns, self loading or pump action shotguns, and includes receivers.

**CLASS C:** Self loading rimfire rifles with a magazine capacity no greater than 10 rounds; self loading shotguns with a magazine capacity no greater than 5 rounds; pump action shotguns with a magazine capacity no greater than 5 rounds, and includes receivers.

**CLASS D:** Self loading rimfire rifles with a magazine capacity of more than 10 rounds; self loading centrefire rifles; self loading shotguns with a magazine capacity of more than 5 rounds and a pump action shotguns with a magazine capacity of more than 5 rounds, and includes receivers.

**CLASS H:** All handguns (including air pistols).

### SECURITY REQUIREMENTS

**CLASS A & B FIREARMS:** Secured by attaching and locking to part of building in which it is kept; or in a locked cabinet constructed of hardwood or steel securely attached to building; or in a locked steel safe securely attached to building in which it is kept (unless safe mass when empty is 150kg or more) or stored in a locked steel and concrete strong room.

**CLASS C, D & H FIREARMS:** Stored in a locked steel safe, securely attached to building in which it is kept (unless safe mass when empty is 150kg or more) or stored in a locked steel and concrete strong room. A cabinet or safe must be made of material of sufficient thickness to prevent it being easily broken, opened or destroyed, and must be fitted with fittings and locks that prevent it from being easily forced open.

Ammunition must be stored separately from firearms in a locked container.

### EXPLANATION OF PURPOSE OF USE

1. CLUB USE.   2. TARGET SHOOTING.   3. HUNTING.   4. PAINT BALL.
5. PRIMARY PRODUCTION.   6. SECURITY INDUSTRY.
7. OTHER AS PROVIDED BY REGISTRAR.

EXHIBIT THREE