

|  |  |
|---|---|
| Your Ref |  |
| Our Ref | MM |
| Enquiries Telephone | 7322 3346 |
| Facsimile | 7322 4182 |

Firearms Branch

8 February 2012

Steven Fotoudis
69 East Street
TORRENSVILLE  SA  5031

To whom it may concern,

Please accept this letter on behalf of the Deputy Registrar to advise that at the date of writing, the following person is a fit and proper person to hold a South Australia Firearms Licence.

   Steven Fotoudis, Date of Birth ▆▆/1963 of Torrensville

Steven has held his South Australia Firearms Licence since 1996 for classes A and B for the purposes of club use, target shooting and hunting. In 2003 he was granted a class H licence for the purpose of club use. His current expiry date is 31/12/2012.

Yours faithfully,

D Gibson
A/- Sergeant 2258/8
Firearms Branch

EXHIBIT FOUR

