## Steven Fotoudis

**From:** Paperd, Daniel J. [dpaperd@honolulu.gov]
**Sent:** Tuesday, 6 December 2011 10:18 AM
**To:** stevefotoudis@optusnet.com.au
**Subject:** firearms

You may bring firearms into the State, you must register them within 72 hours of your arrival. However Hawaii State law requires you to be a U.S. citizen with a U.S. passport or Naturalization certificate.

If you have any additional questions please feel free to contact the Honolulu Police Department/Firearms Unit directly at 808-529-3811.


Sgt. D. Paperd

Honolulu Police Department/Firearms Unit

EXHIBIT Five