RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his individual capacity;<br><br>David Louie, Attorney General of Hawaii, in his individual and official capacity;<br><br>and, John Does 1-50 in their individual or official capacities.<br><br>　　　　　Defendants. | 1:14-CV-00333<br><br>PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF AND INCORPORATED MEMORANDUM IN SUPPORT; DECLARATION OF RICHARD L. HOLCOMB; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br><br>Date:<br><br>Time:<br><br>Judge: Not Assigned |

**PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION**

COMES NOW the Plaintiff, Steve Fotoudis, by and through undersigned counsel and pursuant to the Second and Fourteenth Amendments to the United States Constitution, Title 42 U.S.C. § 1983, and Rule 65(b) of the Federal Rules of Civil Procedure, and request that this Court issue a temporary restraining order enjoining Defendants and/or their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this injunction, from enforcing the United States citizenship requirements of Section 134-2(d) of the Hawaii Revised Statutes and any other Hawaii statutory language that imposes a United States citizenship requirement which operates to restrict lawfully admitted permanent resident aliens from exercising Second Amendment rights.  Further, Mr. Fotoudis requests this Court compel the same to:

(a) allow Mr. Fotoudis to apply for a permit pursuant to Section 134-2 of the Hawaii Revised Statutes;

(b) to promptly and meaningfully evaluate, with no more or less scrutiny than would be applied to a citizen applicant, Mr. Fotoudis' application and background to determine his fitness and qualifications to lawfully keep firearms; and,

(c) insofar as Mr. Fotoudis is determined to be fit and qualified to keep firearms, to immediately thereafter issue to Mr. Fotoudis the permit contemplated by Section 134-2 of the Hawaii Revised Statutes, vesting Mr. Fotoudis with the same rights and privileges to keep and possess firearms as those of a United States citizens who obtains a permit pursuant to Section 134-2.

In support of this Motion, Mr. Fotoudis relies on the incorporated Memorandum of Law and Declaration. Mr. Fotoudis also relies on the Memorandum in Support of his Motion for Preliminary Injunction and its attachments, including but not limited to the Declaration of Plaintiff and of counsel, and all corresponding exhibits to those Declarations, filed contemporaneously herewith and incorporated as if restated verbatim herein.

## STANDARD FOR RELIEF

In order to obtain a temporary restraining order a party must show:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

*See* Federal Rules of Civil Procedure Rule 65 (b).

Plaintiff has submitted alongside this motion a verified complaint and a declaration from Plaintiff's counsel. Plaintiff attaches hereto a declaration from the undersigned counsel.

For the reasons stated in the Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, Mr. Fotoudis believes that he is entitled to immediate injunctive relief and that a Temporary Restraining Order should issue until such time as his Motion for Preliminary Injunction is heard.

## CONCLUSION

For any and all of the reasons stated above or in the referenced Memorandum, Mr. Fotoudis requests this Court issue a temporary restraining order enjoining Defendants and/or their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this injunction, from enforcing the United States citizenship requirements of Section 134-2(d) of the Hawaii Revised Statutes and any other Hawaii statutory language that imposes a United States citizenship requirement which operates to restrict lawfully admitted permanent resident aliens from exercising Second Amendment rights.  Further, Mr. Fotoudis requests this Court compel the same to:

(a) allow Mr. Fotoudis to apply for a permit pursuant to Section 134-2 of the Hawaii Revised Statutes;

(b) to promptly and meaningfully evaluate, with no more or less scrutiny than would be applied to a citizen applicant, Mr. Fotoudis' application and background to determine his fitness and qualifications to lawfully keep firearms; and,

(c) insofar as Mr. Fotoudis is determined to be fit and qualified to keep firearms, to immediately thereafter issue to Mr. Fotoudis the permit contemplated by Section 134-2 of the Hawaii Revised Statutes, vesting Mr. Fotoudis with the same rights and privileges to keep and possess firearms as those of a United States citizens who obtains a permit pursuant to Section 134-2.

DATED: Honolulu, Hawai'i; July 24, 2013.

                                        *s/Richard L. Holcomb*
                                        Richard L. Holcomb
                                        Attorney for Plaintiff