# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis, <br><br>　　　　　Plaintiff, <br>　vs. <br><br>City and County of Honolulu; <br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his individual capacity; <br><br>David Louie, Attorney General of Hawaii, in his individual and official capacity; <br><br>and, John Does 1-50 in their individual or official capacities. <br><br>　　　　　Defendants. | ____CASE NO. 1:14-CV-00333 <br><br>DECLARATION OF RICHARD L. HOLCOMB <br><br><br>**HEARING:** <br><br>Date: <br><br>Time: <br><br>Judge: Not Assigned |

## DECLARATION OF RICHARD L. HOLCOMB

1.　My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in the State of Hawaii and am admitted to practice in this Court. I represent the Plaintiff in the above-styled case.

2.　I believe the allegations in the Complaint and in this Motion and the Memorandum in Support (including the incorporated Memorandum) to be true.

3.　Counsel has not contacted Defendants. However, counsel has arranged to serve the complaint along with full and exact copies of the Motions for Temporary Restraining Order, Preliminary Injunction, and all supporting documents. When the

summons is issued, which I expect to be tomorrow, Friday, July 25, 2014, I will serve the Department of Corporation Counsel and the Attorney General's Office.

4. Thus, all of the attorneys that will ultimately represent the parties should be on notice even before the rules require this motion be heard and likely almost contemporaneously with this Court's notification of the pending motion.

5. Moreover, insofar as individual Defendants cannot be served via delivery to the City and County offices, the Attorney General's Office, and/or the Honolulu Police Department, the individual Defendants should have no authority to commit further actions that would be barred by issuance of the TRO and, therefore, the TRO should issue despite the lack of service.

6. Should Defendants agree to the injunctive relief requested in the Temporary Restraining Order, Mr. Fotoudis will withdraw this Motion.

7. I am unaware of any reason why this TRO should not issue against Defendants.

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct.

DATED: Honolulu, Hawaii, July 24, 2014.

*s/Richard L. Holcomb*
Richard L. Holcomb
Attorney for Plaintiff
