# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>                  Plaintiff,<br>   vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his individual capacity;<br><br>David Louie, Attorney General of Hawaii, in his individual and official capacity;<br><br>and, John Does 1-50 in their individual or official capacities.<br><br>                  Defendants. | ____CASE NO. 1:14-CV-00333<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, and/or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document via hand-delivery or first class United States mail, postage prepaid, upon the following:

City and County of Honolulu  
c/o Department of Corporation Counsel  
530 S. King St.  
Room 110  
Honolulu, HI  96813  

David Louie  
Department of the Attorney General  
425 Queen St.  
Honolulu, HI  96813  

Chief Louis Kealoha  
Honolulu Police Department  
801 S. Beretania Dr.  
Honolulu, HI  96813  

DATED:  Honolulu, HI  96813; July 25, 2014.

>  *s/Richard L. Holcomb*
>  Richard L. Holcomb