RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>                    Plaintiff,<br>     vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his individual capacity;<br><br>David Louie, Attorney General of Hawaii, in his individual and official capacity;<br><br>and, John Does 1-50 in their individual or official capacities.<br><br>                    Defendants. | CASE NO. 1:14-CV-00333<br><br>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; DECLARATION OF STEVEN FOTOUDIS; DECLARATION OF RICHARD L. HOLCOMB; EXHIBITS ONE THROUGH TWELVE; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br><br>Date:<br><br>Time:<br><br>Judge: Not Assigned |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

COMES NOW the Plaintiff, Steve Fotoudis, by and through undersigned counsel and pursuant to the Second and Fourteenth Amendments to the United States Constitution, Title 42 U.S.C. § 1983, and Rule 65(a) of the Federal Rules of Civil Procedure, and request that this Court issue a preliminary injunction enjoining Defendants and/or their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this injunction, from enforcing the United States citizenship requirements of Section 134-2(d) of the Hawaii Revised Statutes and any other Hawaii statutory language that imposes a United States citizenship requirement which operates to restrict lawfully admitted permanent resident aliens from exercising Second Amendment rights.  Further, Mr. Fotoudis requests this Court compel the same to:

(a) allow Mr. Fotoudis to apply for a permit pursuant to Section 134-2 of the Hawaii Revised Statutes;

(b) to promptly and meaningfully evaluate, with no more or less scrutiny than would be applied to a citizen applicant, Mr. Fotoudis' application and background to determine his fitness and qualifications to lawfully keep firearms; and,

(c) insofar as Mr. Fotoudis is determined to be fit and qualified to keep firearms, to immediately thereafter issue to Mr. Fotoudis the

permit contemplated by Section 134-2 of the Hawaii Revised Statutes, vesting Mr. Fotoudis with the same rights and privileges to keep and possess firearms as those of a United States citizens who obtains a permit pursuant to Section 134-2.

In support of this Motion, Mr. Fotoudis relies on the Memorandum in Support of his Motion for Preliminary Injunction and its attachments, including but not limited to the Declarations of Plaintiff and of counsel, and all corresponding exhibits to those Declarations, filed contemporaneously herewith.

DATED: Honolulu, Hawai'i; July 24, 2013.

*s/Richard L. Holcomb*__
Richard L. Holcomb
Attorney for Plaintiff