# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br>　　　　　　Plaintiff,<br>　vs.<br>City and County of Honolulu;<br>Lois Kealoha, in his individual capacity;<br>David Louie, Attorney General of Hawaii in his individual and official capacity;<br>and, John Does 1-50 in their individual or official capacities.<br>　　　　　　Defendants. | CASE NO. 1:14-cv-00333<br><br>**DECLARATION OF RICHARD L. HOLCOMB** |

## DECLARATION OF RICHARD L. HOLCOMB

　　1.　　My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in the State of Hawaii and admitted to practice before this Court.

　　2.　　I represent the Plaintiff, Steven Fotoudis in the above-styled case.

　　3.　　I drafted the foregoing documents and, to the best of knowledge, believe the factual averments therein to be true.

　　4.　　Attached hereto as **Exhibits Seven** through **Twelve** are Orders and Judgments from various other United States District Courts. I obtained each of those Exhibits from pacer.gov. The Exhibits are true and exact copies of the

documents each purports to be as the documents appear in the record of the respective case on Pacer.gov.

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct to the best of my knowledge.

DATED:  Honolulu, Hawaii, July 24, 2014.

                                              *s/Richard L. Holcomb*_____
                                              Richard L. Holcomb
                                              Attorney for Plaintiff
                                              Steve Fotoudis