Steve Fotoudis
69 East Street
TORRENSVILLE  SA  5031
AUSTRALIA
Telephone:  +61407 161 764
Email:  stevefotoudis@optusnet.com.au

21 February 2012

Mr Louis M Kealoha
Chief of Police
Honolulu Police Department
801 South Beretania Street
Honolulu, HI 96813

Dear Mr Kealoha
I would like to take this opportunity to introduce ourselves to you as we will soon be permanent residents of Oahu migrating  from  Australia

Our plan when we arrive in Oahu is to buy a home and start to set up businesses.  I currently have a business in Australia that provides building maintenance services to new home developers and would be keen to set up a business in a similar field such as supplying maintenance services to hotels.  My wife has significant experience in risk, project and change management and currently works for South Australia's capital city local government. She is keen to investigate opportunities in setting up a consultancy to provide these services in Oahu.

In Australia I have been a keen hunter for approximately 30 years and an active member and competitor of a firearms club where I have been training new member's safe shooting and handling of all firearms.   I've been a committee member for 9 years, club captain and significant volunteering for the benefit of the club and its members.

My research into Hawaii's gun laws has revealed that until I become a United States citizen I am unable to own firearms in the state of Hawaii. I am seeking your assistance to hopefully find a way that I may be able to bring my firearms collection to Hawaii and continue to hunt on a regular monthly basis, participate in my sporting pursuits and compete in local events such as I.P.S.C. and standard club pistol matches.   I realize that In accordance with Hawaiian law I will be unable to purchase and hold firearms until I become a US citizen, but I was hoping that you may be able to guide me to an alternative solution, such as placing the firearms in storage and only using them under a local clubs supervision.  My collection in Australia is worth approximately $70,000 and while I am currently selling many of these there are a few pieces that are irreplaceable and I would love to retain.

Under the us citizenship requirements I am unable to apply for citizenship for five years (although i personally would love to become a US citizen as quickly as possible) and herein lies my dilemma, as I am also unable to leave my collection in Australia for five years.

EXHIBIT SIX

Any assistance or guidance that you may be able to provide me with would be greatly appreciated.

To confirm my involvement in a pistol club and provide information on my Australian Gun licence, I have references from both Torrens Valley Pistol Club and SAPOL (South Australian Police). Direct contact details have been provided should you wish to confirm these references or require more information.

I am hoping to find a way of bringing my collection of firearms to Hawaii so that I can still be an active competitor and member of one of your states club

Yours faithfully


Steve Fotoudis



EXHIBIT SIX