IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN W. JACKSON and SECOND
AMENDMENT FOUNDATION, INC.,

    Plaintiffs,

vs.                                                  No. 2:12-CV-00421-MCA-RHS

GORDEN E. EDEN,

    Defendant.

## JUDGMENT

In accordance with the Court's *Findings of Fact and Conclusions of Law* entered contemporaneously herewith, [Doc. 59], Judgment is hereby entered as follows:

**IT IS HEREBY ORDERED** that *Plaintiff's Motion for Permanent Injunction* [Doc. 44] is **GRANTED;**

**IT IS FURTHER ORDERED and DECLARED** that NMSA 1978, Section 29-19-14(A)(1), which provides that an applicant for a concealed handgun license is only qualified if he or she "is a citizen of the United States" violates the Equal Protection Clause of the United States Constitution as applied to permanent resident aliens, like Plaintiff Jackson, who are otherwise qualified to obtained a concealed handgun license;

**IT IS FURTHER ORDERED** that Defendant and his officers, agents, servants, employees, and attorneys are enjoined from enforcing Section 29-19-14(A)(1), which

provides that an applicant for concealed handgun license is only qualified if he or she "is a citizen of the United States," against permanent resident aliens, like Plaintiff Jackson, who are otherwise qualified to obtain a concealed handgun license.

**SO ORDERED** this 31st day of March, 2014 in Albuquerque, New Mexico.

_____
M. CHRISTINA ARMIJO
Chief United States District Judge