# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steven Fotoudis, ) | |
| ) | CASE NO. 1:14-cv-00333 |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| City and County of Honolulu; ) | |
| Lois Kealoha, in his individual capacity; ) | **NOTICE OF APPERANCE** |
| and, John Does 1-50 in their individual ) | |
| or official capacities. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

### NOTICE OF APPERANCE

Comes now the Plaintiff Steven Fotoudis, gives notice of Attorney Alan Beck's association/representation.  While undersigned counsel's name appears on the initial pleadings, he was the filing attorney and a ECF transmission was not sent to him.  According, in the interests of caution, he files this notice of appearance.

Respectfully Submitted,

/s/Alan Beck

Alan Beck

CERTIFICATE OF SERVICE

On this, the 24th of July, 2014, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct.

/s/Alan Beck
Alan Beck