CV 14-00333 JMS-RLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Jul 25, 2014
At  7   oclock and  50   min   am  es

[✔ ]    ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]      ORDER SETTING STATUS CONFERENCE

**TO BE SET** before:

    []      Magistrate Judge Barry M. Kurren in Courtroom 7

    []      Magistrate Judge Kevin S.C. Chang in Courtroom 5

    [✔]     Magistrate Judge Richard L. Puglisi  in Courtrooom 6

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:

*   Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
*   Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
*   Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Friday, July 25, 2014.

                                  /s/ Susan Mollway
                                Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date_____ July 25, 2014 _____      Signature _____
                                    Atty (  ) Secy (  ) Messenger (  )

**THIS  SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**