HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| Steve Fotoudis | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  1:14-CV-00333 JMS-RLP |
| City and County of Honolulu, et. al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  City and County of Honolulu
530 S. King St.
Room 110
Honolulu, HI  96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Holcomb
Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, HI  96813
(808) 545-4040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/25/2014_____          _____/S/ SUE BEITIA  by es_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-00333 JMS-RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  City and County of Honolulu
was received by me on *(date)*  July 25, 2014

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or    NOAH H. GIBSON
                                                                                      DEPUTY CORPORATION COUNSEL

☑ I served the summons on *(name of individual)*  _____ (for City Only) _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  City & County of HNL only
Department of Corporation Counsel  on *(date)*  July 25, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: July 25, 2014

_____
Server's signature

Darko Cuskarovski, Paralegal
Printed name and title

Holcomb Law, LLLC.
1136 Union Mall, Suite 808
Honolulu, HI 96813
Server's address

Additional information regarding attempted service, etc: