HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Steve Fotoudis <br> _Plaintiff_ <br> v. <br> City and County of Honolulu, et. al. <br> _Defendant_ | Civil Action No. 1:14-CV-00433 JMS-RLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chief Louis Kealoha
Honolulu Police Department
801 S. Beretania St.
Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Holcomb
Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, HI 96813
(808) 545-4040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/25/2014

/S/ SUE BEITIA by es
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-00433 JMS-RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Louis Kealoha
was received by me on *(date)* July 25, 2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michelle Hatori, who is designated by law to accept service of process on behalf of *(name of organization)* Department of Corporation Counsel on *(date)* July 25, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Also delivered a copy to Chief Lois Kealoha via certified mail pursuant to Haw. R. Civ. P., Rule 4(d)(7,

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 25, 2014

*Server's signature*

Darko Cuskarovski
*Printed name and title*

Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, HI 96813
*Server's address*

Additional information regarding attempted service, etc:

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. **DO NOT PHOTO COPY OR ALTER LABEL.**
2. Place your label so it does not wrap around the edge of the package.
3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.
4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.
5. Mail your package on the "Ship Date" you selected when creating this label.
6. For information on insurance claims, click on "My Account" at the top of any Click-N-Ship web page and then the "How to File a Claim" link.

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking™ page at usps.com*

### Click-N-Ship® Label Record

USPS TRACKING # / Insurance Number:
**9405 9036 9930 0226 7261 56**

| | |
|---|---|
| Trans. #: | 305481499 |
| Print Date: | 07/25/2014 |
| Ship Date: | 07/25/2014 |
| Expected Delivery Date: | 07/28/2014 |
| Insured Value: | $50.00 |

| | |
|---|---|
| Priority Mail® Postage: | $5.05 |
| Insurance Fee: | $0.00 |
| Total: | $5.05 |

From:  RICHARD HOLCOMB
HOLCOMB LAW, LLLC
1136 UNION MALL STE 808
HONOLULU HI 96813-2716

To:  CHIEF LOUIS KEALOHA
HONOLULU POLICE DEPARTMENT
801 S BERETANIA ST
HONOLULU HI 96813-2501

\* Commercial Base Pricing Priority Mail rates apply. There is no fee for USPS Tracking™ service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.