HID 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Steve Fotoudis <br> *Plaintiff* <br> v. <br> City and County of Honolulu, et. al. <br> *Defendant* | Civil Action No. 1:14-CV-00333 JMS-RLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David M. Louie
Attorney General for the State of Hawaii
425 Queen St.
Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard L. Holcomb
Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, HI 96813
(808) 545-4040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 25, 2014

/s/ SUE BEITIA by es
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-00333 JMS-RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David M. Louie

was received by me on *(date)* July 25, 2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Marie Gavigan, who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General for the State of Hawaii on *(date)* July 25, 2014 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 25, 2014

Server's signature: DCushar

Printed name and title: Darko Cuskarovski, Paralegal

Server's address: Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, HI 96813

Additional information regarding attempted service, etc: