# HOLCOMB LAW, LLLC  A LIMITED LIABILITY LAW CORPORATION

LETTER

Richard L. Holcomb, Esq.
Holcomb Law, LLLC
1136 Union Mall
Suite 808
Honolulu, HI 96813
rholcomblaw@live.com
(808) 545-4040
Fax: (808) 356-1954

July 26, 2014
*Via Facsimile (808) 541-1851 and e-mail*

Hon. J. Michael Seabright
Judge, U.S. District Court
300 Ala Moana Blvd., Rm. C-435
Honolulu, HI 96850

Re: *Steve Fotoudis v. City and County of Honolulu, et. al.*, 1:14-cv-00333 JMS-RLP

Dear Judge Seabright,

I was contacted by your chambers yesterday in regards to contacting opposing counsel for a status conference next week.

I have spoken with Kendall Moser, Assistant Attorney General, who will be representing Defendant Louie. Mr. Moser is available any time Wednesday. I also called the Department of Corporation Counsel twice yesterday. Corp. Counsel will represent the City and presumably Chief Kealoha. I was told that Attorney Matt Pyun was "trying to find someone" who could appear on Wednesday. I am also available Wednesday morning and request that the status conference be held Wednesday morning.

In addition to the TRO, I am further requesting that any challenges to service be brought to my attention. My assistant had to go twice to both the Attorney General's office and the Department of Corporation Counsel. Both complained that service was not complete (Corp. Counsel only as to Chief Kealoha), despite my belief that we clearly complied with the rules. However, if there are some issues, I will be happy to resolve them. Certainly the parties have sufficient notice to appear on Wednesday.

Finally, my client will be off-island from August 1 until after August 7. My client would like to have his application submitted before leaving (hence the rushed filing on Thursday evening). I thought you should know this insofar as my client will be expected to participate in any TRO hearing (which I hope will be resolved by an agreed order).

If you have any questions or need further information, please contact me at (808) 545-4040.

Regards,

*s/Richard L. Holcomb*

Richard Holcomb
Counsel for Plaintiffs

Cc: Alan Beck, Kendall Moser, Matt Pyun

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 18085411851 |
| FROM | Richard Holcomb |
| DATE | 2014-07-26 18:49:28 GMT |
| RE | Steve Fotoudis v. City and County of Honolulu, et. al., 1:14-cv-00333 JMS-RLP |

COVER MESSAGE

WWW.EFAX.COM