# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 14-00333JMS-RLP |
| CASE NAME: | Steve Fotoudis v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Richard L. Holcomb |
| ATTYS FOR DEFT: | Kendall Moser<br>Lisa Caltaldo |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 07/30/2014 | TIME: | 9:00 - 9:30<br>No record |

COURT ACTION:  EP: Status Conference held in chambers.

Parties to provide an update to the court by 5:00pm on Monday August 4, 2014.

A hearing will be held on Plaintiffs First Motion for Temporary Restraining Order [5] and First Motion for Preliminary Injunction [6] on Friday August 8, 2014 at 1:30 pm.

Defendants Opposition is due by August 6, 2014. Plaintiff's reply is due by August 7, 2014.

Submitted By: Alison P. Greaney, Courtroom Manager