DEPARTMENT OF THE CORPORATION COUNSEL

DONNA Y. L. LEONG     3226-0
Corporation Counsel
LISA W. CATALDO       6159-0
ERNEST H. NOMURA      4829-0
Deputies Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone No.:  (808) 768-5120
Facsimile No.:  (808) 768-5105
E-Mail:    enomura@honolulu.gov
           lcataldo@honolulu.gov

Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STEVE FOTOUDIS,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, LOIS (sic) KEALOHA, Chief of the Honolulu Police Department, in his individual capacity; DAVID LOUIE, Attorney General of Hawaii, in his individual and official capacity; and JOHN DOES 1-50 in their individual or official capacities,<br><br>          Defendants. | CIVIL NO. CV 14-00333 JMS-RLP<br><br>NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE |

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Defendant CITY AND COUNTY OF HONOLULU will be represented by the Department of the Corporation Counsel, Donna Y. L. Leong, Corporation Counsel, Lisa W. Cataldo and Ernest H. Nomura, Deputies Corporation Counsel, in this case.  All communications and filings via the CM/ECF system related to Defendant City and County of Honolulu should be directed to counsel as indicated above.

DATED:  Honolulu, Hawaii, August 5, 2014.

>
> DONNA Y. L. LEONG
> Corporation Counsel
>
> */s/ Ernest H. Nomura*
> _____
> ERNEST H. NOMURA
> LISA W. CATALDO
> Deputies Corporation Counsel
>
> Attorney for Defendant
> CITY AND COUNTY OF HONOLULU