# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 14-00333JMS-RLP |
| CASE NAME: | Steve Fotoudis v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Richard L. Holcomb |
| ATTYS FOR DEFT: | Lisa M. Cataldo<br>Ernest Nomura<br>Kendall Moser |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 08/12/2014 | TIME: | 10:00 - 10:10 no record<br>10:10- 10:20 |

COURT ACTION:  EP: Status conference held in chambers.

The parties agree to the following:

1)  As to HRS § 134-3, Defendants will arrange with appropriate City personnel to facilitate the application process as to registration of firearms currently-registered in Australia.

2)  By August 22, 2014, Plaintiff will file an Amended Complaint as to HRS § 134-2(d), Stipulated Facts, and a new Motion regarding permanent injunctive relief.  The Motion may, if desired, refer to prior pleadings for legal argument.  The filing of a new Motion will render moot the pending Motions for Temporary Restraining Order and Preliminary Injunction.

3)  By August 29, 2014, Defendants may file Responses to the Plaintiff's new Motion.  The parties shall also file (jointly or separately) proposed language for an order of injunctive relief.

4)  By September 5, 2014, Plaintiff may file an optional Reply to any Responses by Defendants.

Submitted By: Alison P. Greaney, Courtroom Manager