


Case 1:14-cv-00333-JMS-RLP Document 27 Filed 08/22/14 Page 1 of 4 PageID #: 184

RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVE FOTOUDIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; LOIS [sic] KEALOHA, CHIEF OF THE HONOLULU POLICE DEPARTMENT, IN HIS INDIVIDUAL CAPACITY; DAVID LOUIE, ATTORNEY GENERAL OF HAWAII, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND JOHN DOES 1-50 IN THEIR INDIVIDUAL OR OFFICIAL CAPACITIES,<br><br>        Defendants. | CIVIL NO. 14-00333 JMS-RLP<br><br>STIPULATED FACTS |


<u>STIPULATED FACTS</u>

The parties herein, Plaintiff Steve Fotoudis ("Plaintiff"), by and through his attorneys Richard L. Holcomb and Alan Beck; Defendants City and County of Honolulu by and through its attorneys, Donna Y. L. Leong, Corporation Counsel, and Lisa W. Cataldo and Ernest H. Nomura, Deputies Corporation Counsel; and Defendant David Louie, Attorney General of Hawaii, by and through his attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby submit the following stipulated facts in connection with Plaintiff's application for a permit to acquire a firearm pursuant to Haw. Rev. Stat. § 134-2(d).

1. Plaintiff is a lawfully admitted permanent resident of the United States who at all material times has resided in the City and County of Honolulu.

2. Plaintiff holds a Form I-551 green card as well as a United States Social Security Administration card.

3. Plaintiff intends to become a naturalized citizen of the United States.

4. Plaintiff desires to possess an operational firearm or firearms and ammunition for lawful purposes, including in his home for self-defense.

5. On July 10, 2014, Plaintiff went to the Honolulu Police Department and attempted to apply for a permit to acquire a firearm.

6. Mr. Fotoudis was not allowed to apply for a permit to acquire a firearm because he is not yet a citizen of the United States.

7. Haw. Rev. Stat. § 134-2(d) states in pertinent part that, with limited exceptions that are inapplicable to Plaintiff, the chiefs of police of the counties in Hawaii may only issue permits to acquire firearms to citizens of the United States.

DATED: Honolulu, Hawaii, August 22, 2014.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General
State of Hawaii


*s/Kendall J. Moser*_____
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendant
DAVID LOUIE


*s/Richard L. Holcomb*_____
RICHARD L. HOLCOMB
ALAN BECK

Attorneys for Plaintiff

2

DONNA Y. L. LEONG
Corporation Counsel
State of Hawaii

*/s/ Lisa W. Cataldo*

_____
LISA W. CATALDO
ERNEST H. NOMURA
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU