# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>     Plaintiff,<br> vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his individual capacity;<br><br>David Louie, Attorney General of Hawaii, in his individual and official capacity;<br><br>and, John Does 1-50 in their individual or official capacities.<br><br>     Defendants. | CASE NO. 1:14-CV-00333<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, and/or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing Amended Complaint [Doc. 26] via this Court's electronic filing system and in accordance with the Rule of this Court upon the following:

Ernest Nomura
Lisa Cataldo
Department of Corporation Counsel
530 S. King St.
Room 110
Honolulu, HI  96813

Kendall Jackson
Department of the Attorney General
425 Queen St.
Honolulu, HI  96813

DATED:  Honolulu, HI  96813; July 25, 2014.


*s/Richard L. Holcomb*
Richard L. Holcomb