RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>                Plaintiff,<br>vs.<br><br>City and County of Honolulu;<br><br>Louis Kealoha, Chief of the Honolulu Police Department, in his official capacity; and<br><br>David Louie, Attorney General of Hawaii, in his official capacity.<br><br>                Defendants. | 1:14-CV-00333 JMS-RLP<br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR PERMANENT INJUNCTIVE RELIEF AND INCORPORATED MEMORANDUM OF LAW; CERTIFICATE OF SERVICE |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND FOR PERMANENT INJUNCTIVE RELIEF**

COMES NOW the Plaintiff, STEVE FOTOUDIS, by and through his attorneys and pursuant to the Second and Fourteenth Amendments of the United States Constitution as well as Rule 56 of the Federal Rules of Civil Procedure, Local Rule 56.1, and pursuant to the equitable discretion of this Court and requests this Court issue an Order: (1) granting Summary Judgment in favor of Mr. Fotoudis and holding that Mr. Fotoudis' Second and Fourteenth Amendment rights are and have been violated and; (2) permanently enjoining Defendants, their agents, employees, servants, contractors, and all who have notice of the injunction from refusing to allow Mr. Fotoudis and/or permanent resident aliens from applying for permits to acquire firearms pursuant to Section 134-2(d) of the Hawaii Revised Statutes.

In support of his Motion for Summary Judgment, pursuant to this Court's explicit instructions and in lieu of a Concise Statement of Facts otherwise required by the Local Rules of this Court, Mr. Fotoudis relies on the Stipulated Facts filed with this Court as Doc. 27 on August 22, 2014.[1] As to the legal argument, again pursuant to this Court's explicit instructions, Mr. Fotoudis relies on and incorporates the Memorandum in Support of his Motion for Preliminary Injunction filed with this Court as Doc. 6-1 on July 24, 2014.

---

[1] Insofar as this document does not comply with this Court's explicit instructions, Mr. Fotoudis specifically requests that this Court notify the undersigned counsel and permit the document to be modified to conform with this Court's instructions.

This Court should grant the Motion for Summary Judgment. *See* Fed.R.Civ.P., Rule 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.").

The standard for issuance of a permanent injunction is essentially the same as that of a preliminary injunction:

> According to well-established principles of equity, a plaintiff seeking a permanent injunction must satisfy a four-factor test before a court may grant such relief. A plaintiff must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction. See, *e.g., Weinberger v. Romero—Barcelo,* 456 U.S. 305, 311–313, 102 S.Ct. 1798, 72 L.Ed.2d 91 (1982); *Amoco Production Co. v. Gambell,* 480 U.S. 531, 542, 107 S.Ct. 1396, 94 L.Ed.2d 542 (1987). The decision to grant or deny permanent injunctive relief is an act of equitable discretion by the district court, reviewable on appeal for abuse of discretion. See, *e.g., Romero–Barcelo,* 456 U.S., at 320, 102 S.Ct. 1798.

eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391, 126 S. Ct. 1837, 1839, 164 L. Ed. 2d 641 (2006).

Accordingly, pursuant to this Court's explicit instruction, Mr. Fotoudis relies on and incorporates the Memorandum in Support of his Motion for Preliminary Injunction filed with this Court as Doc. 6-1 on July 24, 2014.

## CONCLUSION

Mr. Fotoudis requests this Court issue an Order granting summary judgment in favor of Mr. Fotoudis and permanently enjoining the enforcement of the discriminatory provision of Section 134-2(d) of the Hawaii Revised Statutes. As instructed by the Court, the parties will submit proposed language as to the permanent injunctive relief requested herein.

Dated: Honolulu, HI; August 22, 2014.

*s/Richard L. Holcomb*
Richard Holcomb
Alan Beck
Attorneys for Plaintiff
