DAVID M. LOUIE    2162
Attorney General of Hawaii

CARON M. INAGAKI    3835
KENDALL J. MOSER    6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
DAVID LOUIE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVE FOTOUDIS,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; LOUIS KEALOHA, CHIEF OF THE HONOLULU POLICE DEPARTMENT, IN HIS OFFICIAL CAPACITY; AND DAVID LOUIE, ATTORNEY GENERAL OF HAWAII, IN HIS OFFICIAL CAPACITY,<br><br>           Defendants. | CIVIL NO. 14-00333 JMS-RLP<br><br>DEFENDANT DAVID LOUIE'S ANSWER TO FIRST AMENDED VERIFIED COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS, DECLARATORY AND INJUNCTIVE RELIEF; CERTIFICATE OF SERVICE |

## DEFENDANT DAVID LOUIE'S FIRST AMENDED VERIFIED COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS, DECLARATORY AND INJUNCTIVE RELIEF

Defendant David Louie, Attorney General of Hawaii ("Defendant"), by and through his attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby answers Plaintiff Steve Fotoudis' First Amended Verified Complaint for Deprivation of Civil Rights, Declaratory and Injunctive Relief, filed on August 22, 2014, as follows:

### FIRST DEFENSE:

The First Amended Verified Complaint ("Complaint") fails to state any claim upon which relief can be granted against Defendant.

### SECOND DEFENSE:

a. With regard to the allegations in paragraph 1 of the Complaint, Defendant denies that he has violated Plaintiff's rights, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1 of the Complaint.

b. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 2, 4, 5, 9, 10, 12, 13, 17, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 72, 78, 79, 80, 81, 82, and 83 of the Complaint.

   c. Defendant admits the allegations in paragraphs 3, 7, 8, 18, 19, 65, 70, 75, and 77 of the Complaint.

   d. With regard to the allegations in paragraph 6 of the Complaint, Defendant admits that this Court has personal jurisdiction over him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 of the Complaint.

   e. With regard to the allegations in paragraph 11 of the Complaint, Defendant admits that he is the chief law enforcement officer for the State of Hawaii, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11 of the Complaint.

   f. With regard to the allegations in paragraphs 14, 15, and 16 of the Complaint, Defendant states that the statutes referred to therein speak for themselves.

   g. With regard to the allegations in paragraph 46 of the Complaint, Defendant admits that counsel for the parties discussed Plaintiff's ability to apply for a permit to acquire, and confirmed that Plaintiff may not apply for a permit to acquire because he is not a citizen, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 46 of the Complaint.

      h.     For his answers to paragraphs 60, 66, 71, and 76 of the Complaint, Defendant realleges his answers to the paragraphs realleged in those paragraphs.

      i.     Defendant denies the allegations in paragraphs 61, 62, 63, 64, 67, 68, 69, 73, and 74 of the Complaint.

      j.     Defendant denies each and every other allegation of the Complaint not heretofore admitted, controverted, and/or specifically denied.

THIRD DEFENSE:

Plaintiff's claims against Defendant are barred by the doctrine of sovereign immunity.

FOURTH DEFENSE:

Under the Eleventh Amendment to the Constitution of the United States, Defendant is immune from suit on Plaintiff's claims.

FIFTH DEFENSE:

Defendant did not personally participate in or cause the deprivations complained of.

SIXTH DEFENSE:

Defendant cannot be held liable on any claim based on acts or omissions in the performance of or failure to perform a discretionary act or duty.

SEVENTH DEFENSE:

Based on the allegations in the Complaint, Defendant cannot formulate all of his defenses at this time, and reserves the right to amend his answer to include additional affirmative defenses if and when discovery justifies the same.

WHEREFORE, Defendant requests that the Complaint be dismissed with prejudice and that he be awarded his reasonable attorney's fees and costs and such other relief as this Court deems appropriate.

DATED: Honolulu, Hawaii, August __27__, 2014.

                STATE OF HAWAII

                DAVID M. LOUIE
                Attorney General
                State of Hawaii

                */s/ Kendall J. Moser*
                KENDALL J. MOSER
                Deputy Attorney General

                Attorney for Defendant
                DAVID LOUIE