DONNA Y. L. LEONG, 3226
Corporation Counsel

ERNEST H. NOMURA, 4829
LISA W. CATALDO, 6159
Deputies Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i  96813
Telephone:  (808) 768-5129
Facsimile:  (808) 768-5105
Email: enomura@honolulu.gov
lcataldo@honolulu.gov

Attorney for Defendants
CITY AND COUNTY OF HONOLULU
and LOUIS KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVE FOTOUDIS,<br><br>                Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; LOUIS KEALOHA, CHIEF OF THE HONOLULU POLICE DEPARTMENT, IN HIS OFFICIAL CAPACITY; DAVID LOUIE, ATTORNEY GENERAL OF HAWAII, IN HIS OFFICIAL CAPACITY.<br><br>                Defendants. | CIVIL NO. 14-00333 JMS-RLP<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S STATEMENT OF POSITION RE PLAINTIFFS' [SIC] MOTION FOR SUMMARY JUDGMENT AND FOR PERMANENT INJUNCTIVE RELIEF; CERTIFICATE OF SERVICE |

DEFENDANT CITY AND COUNTY OF HONOLULU'S
STATEMENT OF POSITION RE
PLAINTIFFS' [SIC] MOTION FOR SUMMARY JUDGMENT
AND FOR PERMANENT INJUNCTIVE RELIEF

Defendant CITY AND COUNTY OF HONOLULU ("City"), through its attorneys, Donna Y. L. Leong, Corporation Counsel, and Lisa W. Cataldo and Ernest H. Nomura, Deputies Corporation Counsel, hereby states its position on Plaintiffs' [sic] Motion for Summary Judgment and for Permanent Injunctive Relief filed August 22, 2104 (Doc. No. 29) ("Motion").

The City has enforced Haw. Rev. Stat. § 134-2(d) as written (see Stipulated Facts, filed August 22, 2014 (Document No. 27)).  Plaintiff now seeks summary judgment and a permanent injunction to allow "Mr. Fotoudis and/or permanent resident aliens from applying for permits to acquire firearms pursuant to Section 134-2(d) of the Hawaii Revised Statutes." Motion at 1 (Doc. No. 29).  The City will abide by any decision the Court issues as to the interpretation, application and/or enforcement of Haw. Rev. Stat. § 134-2(d).

DATED:  Honolulu, Hawai'i, August 29, 2014.

DONNA Y. L. LEONG
Corporation Counsel

  /s/ Lisa W. Cataldo
ERNEST H. NOMURA
LISA W. CATALDO
Deputies Corporation Counsel
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU and
LOUIS KEALOHA
