# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 14-00333JMS-RLP |
| CASE NAME: | Steve Fotoudis Vs. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Alan A. Beck-By Phone<br>Richard L. Holcomb |
| ATTYS FOR DEFT: | Lisa W. Cataldo<br>Kendall J. Moser |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | None |
| DATE: | 09/16/2014 | TIME: | 8:59am-9:15am |

COURT ACTION:     EP:   STATUS CONFERENCE

Status Conference Held.  The Parties agree to submit revised stipulated language regarding the scope of an injunction.

Submitted by Leslie L. Sai, Courtroom Manager