Steve Fotoudis v. City and County, et. al., No. 1:14-cv-00333     *LETTER*
Richard Holcomb
to:
Judge Seabright Orders, Ernest Nomura, lcataldo@honolulu.gov, Alan Beck,
kendall.j.moser@hawaii.gov
08/29/2014 04:37 PM
Hide Details
From: Richard Holcomb <rholcomblaw@live.com> Sort List...

To: Judge Seabright Orders <seabright_orders@hid.uscourts.gov>, Ernest Nomura
<enomura@honolulu.gov>, "lcataldo@honolulu.gov" <lcataldo@honolulu.gov>, Alan Beck
<ngord2000@yahoo.com>, "kendall.j.moser@hawaii.gov" <kendall.j.moser@hawaii.gov>

1 Attachment



Proposed Injunction Language3.docx

Dear Judge Seabright,

Please find attached the proposed injunction language to which the parties have agreed.  I have
attached this as a "Word" file as has been requested by your office in the past.

I can be reached at (808) 783-8438.

Regards,
Richard L. Holcomb

RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>                    Plaintiff,<br>      vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu<br>Police Department, in his official<br>capacity;<br><br>David Louie, Attorney General of<br>Hawaii, in his official capacity;<br><br>and, John Does 1-50 in their individual<br>or official capacities.<br><br>                    Defendants. | CASE NO.: 1:14-cv-00333<br><br>PROPOSED PERMANENT<br>INJUNCTION |

Defendants and/or their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this injunction, are enjoined from enforcing the United States citizenship requirements of Section 134-2(d) of the Hawaii Revised Statutes.  Defendants must also:

(a) allow Mr. Fotoudis to apply for a permit pursuant to and consistent with all requirements set forth in Section 134-2 of the Hawaii Revised Statutes;

(b) evaluate in the normal course, with no more or less scrutiny than would be applied to a citizen applicant, Mr. Fotoudis' application and background to determine his fitness and qualifications to acquire firearms lawfully; and,

(c) insofar as Mr. Fotoudis is determined to be fit and qualified to acquire firearms, to thereafter issue in the normal course to Mr. Fotoudis the permit contemplated by Section 134-2 of the Hawaii Revised Statutes, vesting Mr. Fotoudis with the same rights and privileges to acquire firearms as those of a United States citizens who obtain permit(s) pursuant to Section 134-2.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____ _, 2014.


_____
Hon. J. Michael Seabright
United States District Court Judge



APPROVED AS TO FORM:

*s/Richard L. Holcomb*
Richard L. Holcomb 9177
Attorney for Plaintiff
Holcomb Law, LLLC
1136 Union Mall
Suite 808
Honolulu, HI  96813
(808) 545-4040
F:  (808) 356-1954
rholcomblaw@live.com

*s/Alan Beck*
Alan Beck  9145
Attorney for Plaintiff
4780 Governor Drive
San Diego, CA  92122
(619) 971-0414
ngord200@yahoo.com

*s/Kendall Mosier*
Deputy Attorney General
Department of the Attorney General,
State of Hawaii
425 Queen St.
Honolulu, HI  96813
(808) 586-1494
F:  (808) 586-1369
Kendall.J.Moser@hawaii.gov

*s/Ernest Nomura*
Ernest Nomura  4829
Lisa Cataldo  6159
Deputies Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 S. King Street
Honolulu, HI  96813
(808) 768-5129
F:  (808) 768-5105
enomura@honolulu.gov
lcataldo@honolulu.gov