LETTER



Steve Fotoudis v. City and County of Honolulu, et al. (Civil No. CV14-00333 JMS-RLP)
Yarbrough, Eden
to:
'seabright_orders@hid.uscourts.gov'
09/16/2014 03:10 PM
Cc:
"'rholcomblaw@gmail.com'", "'ngord2000@yahoo.com'", "'Kendall.J.Moser@hawaii.gov'",
"Cataldo, Lisa", "Nomura, Ernest H", "Unten, Rae Ann K T"
Hide Details
From: "Yarbrough, Eden" <eyarbrough@honolulu.gov> Sort List...

To: "'seabright_orders@hid.uscourts.gov'" <seabright_orders@hid.uscourts.gov>

Cc: "'rholcomblaw@gmail.com'" <rholcomblaw@gmail.com>, "'ngord2000@yahoo.com'"
<ngord2000@yahoo.com>, "'Kendall.J.Moser@hawaii.gov'"
<Kendall.J.Moser@hawaii.gov>, "Cataldo, Lisa" <lcataldo@honolulu.gov>, "Nomura,
Ernest H" <enomura@honolulu.gov>, "Unten, Rae Ann K T" <runten@honolulu.gov>

1 Attachment



Joint Submission.doc

**Re:  Joint Submission of Revised Proposed Language for Permanent Injunction.**

Please see attached proposed language for permanent injunction.  The document was transmitted to
counsel for Plaintiff and to the State Attorney General for their review and approval.  They have
approved as to form and agreed to have our office "e-sign" on their behalf.

*Eden Yarbrough, Assistant to*
*Deputy Corporation Counsel Ernest H.  Nomura*
*Telephone:  768-5293*
*Fax:  768-5105*
*eyarbrough@honolulu.gov*

DONNA Y. L. LEONG, 3226
Corporation Counsel

ERNEST H. NOMURA, 4829
LISA W. CATALDO, 6159
Deputies Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawaiʻi  96813
Telephone:  (808) 768-5129
Facsimile:  (808) 768-5105
Email:      enomura@honolulu.gov
            lcataldo@honolulu.gov

Attorney for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEVE FOTOUDIS,<br><br>                Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF<br>HONOLULU; LOUIS KEALOHA,<br>CHIEF OF THE HONOLULU POLICE<br>DEPARTMENT, IN HIS OFFICIAL<br>CAPACITY; and DAVID LOUIE,<br>ATTORNEY GENERAL OF HAWAII,<br>IN HIS OFFICIAL CAPACITY,<br><br>                Defendants. | CIVIL NO. 14-00333 JMS-RLP<br><br>JOINT SUBMISSION OF<br>REVISED PROPOSED<br>LANGUAGE FOR PERMANENT<br>INJUNCTION; CERTIFICATE OF<br>SERVICE |

## JOINT SUBMISSION OF REVISED PROPOSED LANGUAGE
## FOR PERMANENT INJUNCTION

Plaintiff STEVEN FOTOUDIS, Defendant CITY AND COUNTY OF

HONOLULU, and Defendant DAVID LOUIE, ATTORNEY GENERAL OF

HAWAII IN HIS OFFICIAL CAPACITY, through their respective counsel,

participated in a Status Conference on September 16, 2014, at 9:00 a.m. to discuss

the Court's concerns regarding the scope and language for any permanent

injunction issued by the Court, as set forth in the Court's EO, entered on

September 15, 2014 [Doc. No. 33].  The parties agree to the following revised

proposed language for permanent injunction:

                                        * * * * *

Defendants and/or their officers, agents, servants, employees, and all persons

in active concert or participation with them who receive actual notice of this

injunction, are enjoined from precluding lawful permanent resident aliens residing

in the State of Hawaii from applying for a permit to acquire firearms as set forth in

Section 134-2(d) of the Hawaii Revised Statutes.  Defendants must also:

(a) allow Mr. Fotoudis to apply for a permit pursuant to and consistent

with all requirements set forth in Section 134-2 of the Hawaii Revised

Statutes;

(b) evaluate in the normal course, with no more or less scrutiny than

would be applied to a citizen applicant, Mr. Fotoudis' application and

2

background to determine his fitness and qualifications to acquire firearms lawfully; and,

(c) insofar as Mr. Fotoudis is determined to be fit and qualified to acquire firearms, to thereafter issue in the normal course to Mr. Fotoudis the permit contemplated by Section 134-2 of the Hawaii Revised Statutes, vesting Mr. Fotoudis with the same rights and privileges to acquire firearms as those of a United States citizens who obtain permit(s) pursuant to Section 134-2.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, _____, 2014.

_____

Hon. J. Michael Seabright
United States District Court Judge

\* \* \* \* \*

DATED: Honolulu, Hawai'i, September 16, 2014.

DONNA Y. L. LEONG
Corporation Counsel

*/s/ Ernest H. Nomura*
ERNEST H. NOMURA
LISA W. CATALDO
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

3

APPROVED AS TO FORM:

s/Richard L. Holcomb
RICHARD L. HOLCOMB
Attorney for Plaintiff


s/Alan Beck
ALAN BECK
Attorney for Plaintiff


s/Kendall J. Moser
KENDALL J. MOSER
CARON M. INAGAKI
Deputy Attorneys General
Attorneys for Defendant
DAVID LOUIE