# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| STEVE FOTOUDIS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 14-00333 JMS-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CITY AND COUNTY OF HONOLULU; LOUIS KEALOHA, CHIEF OF THE HONOLULU POLICE DEPARTMENT IN HIS OFFICIAL CAPACITY; DAVID LOUIE, ATTORNEY GENERAL OF HAWAII, IN HIS OFFICIAL CAPACITY, | September 17, 2014<br><br>At 3 o'clock and 15 min p.m.<br>SUE BEITIA, CLERK |
| Defendants. | |

[✓]   **Decision by Court**.  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Steve Fotoudis' Motion for Summary Judgment and for Permanent Injunctive Relief is GRANTED. JUDGMENT is entered in favor of Plaintiff and against Defendants , and entered as pursuant to and in accordance with the Court's Order filed September 17, 2014: The "ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR PERMANENT INJUNCTIVE RELIEF."

| | |
|---|---|
| September 17, 2014 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |