RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>    Plaintiff,<br> vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his official capacity; and<br><br>David Louie, Attorney General of Hawaii, in his official capacity.<br><br>    Defendants. | 1:14-CV-00333 JMS-RLP<br><br>MOTION FOR ATTORNEYS' FEES; MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; DECLARATION OF RICHARD L. HOLCOMB; DECLARATION OF ALAN BECK; DECLARATION OF KEVIN O'GRADY; EXHIBITS ONE THROUGH TEN; CERTIFICATE OF SERVICE |

## **MOTION FOR ATTORNEYS' FEES**

COME NOW the Plaintiffs, by and through the undersigned counsel, and pursuant to 42 U.S.C. § 1988, judgment having been entered on September 17, 2014 [Docs. 37, 38], and requests that this Court issue an Order granting Plaintiffs reasonable attorneys' fees.

In support of this Motion, Plaintiffs rely on the Memorandum, Declarations, and Exhibits filed contemporaneously with this Motion.

For any and all of the reasons set forth in those documents, Mr. Fotoudis requests this Court award Attorney Holcomb a total of $21,969.10 and Mr. Beck a total of $4,520.42 for their efforts in this case.

DATED:  Honolulu, Hawaii, September 26, 2014.

                                                 *s/Richard Holcomb*
                                                 Richard Holcomb
                                                 Attorneys for Plaintiffs