IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Madori Rumpungworn;<br>Dominic James; and<br>John Does 1-50,<br><br>           Plaintiffs,<br>vs.<br><br>City and County of Honolulu;<br>Westley Chun;<br>Trish Morikawa;<br>Ken Shimizu; and<br>John Does 1-50,<br><br>           Defendants. | CASE NO. CV 12-00668 JMS-KSC<br><br>DECLARATION OF KEVIN O'GRADY |

## DECLARATION OF KEVIN O'GRADY

1. My name is Kevin O'Grady. I am an attorney duly licensed to practice law in the State of Hawai'i and before the District Court for the District of Hawai'i as well as the Ninth Circuit Court of Appeals. This declaration is made to the best of my knowledge and based on personal knowledge of the matters set forth herein.

1

2. I received my B.A. from the University of Arizona in 1990. I received a M.S. in Criminal Justice from Chaminade University in 1992. I received my J.D. from Touro Law School where I graduated *cum laude* in 1997.

3. I was admitted to bar of Arizona in 1997. I was admitted to the Bar of Hawaii in 2007.

4. I have been a Municipal Attorney, a Special Assistant United States Attorney, and a Military Trial Counsel (Prosecutor) during my legal career.

5. I have been a member of the United States Army Reserve for twelve years. My current rank is Major and I serve as a Judge Advocate.

6. I have practiced domestic relations law, immigration law, criminal law, federal Indian law, and civil rights law. In Hawaii, where I now operate a solo practice, I have focused on criminal law and OVUII law.

7. I typically charge flat fees and my retainer specifies that the flat fee is based on an hourly rate of $350. In TRO cases I charge a minimum flat fee that covers from 1-10 worth of work for a minimal flat fee of $3,500.

8. I am personally familiar with Attorney Richard Holcomb's work as an attorney. I believe that Mr. Holcomb deserves and can demand in the local legal market a rate of $350.

I, Kevin O'Grady, declare under penalty of perjury under the laws of the state of Hawai'i that the forgoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawai'i; August 11, 2014.

                                                    _____
                                                    Kevin O'Grady