**Table 728. Cost of Living Index—Selected Urban Areas, Annual Average: 2010**

[Data are for a selected urban area within the larger metropolitan area shown. Measures relative price levels for consumer goods and services in participating areas for a mid-management standard of living. The nationwide average equals 100 and each index is read as a percent of the national average. The index does not measure inflation, but compares prices at a single point in time. Excludes taxes. Metropolitan areas as defined by the Office of Management and Budget. For definitions, urban areas, and components of MSAs, see source. Beginning February 2008, data are based on an annual average survey compiled from data submitted in the first 3 quarters of the year. To calculate the annual average index, actual and estimated prices are collected to calculate an annual average price for each item used to represent the various spending categories. The share of consumer spending devoted to the category determines that category's importance, or weight, in the Index. Weights are based on the Bureau of Labor Statistics' 2009 Consumer Expenditure Survey]

| Urban area | Composite index (100%) | Grocery items (13%) | Housing (29%) | Utilities (10%) | Transportation (12%) | Health care (4%) | Misc. goods and services (32%) |
|---|---|---|---|---|---|---|---|
| Akron, OH | 100.2 | 105.1 | 99.7 | 107.9 | 107.1 | 86.8 | 96.0 |
| Albany, GA | 90.1 | 108.7 | 74.8 | 82.0 | 96.6 | 89.8 | 96.8 |
| Amarillo, TX | 89.5 | 89.9 | 89.4 | 80.4 | 92.1 | 95.2 | 90.8 |
| Americus, GA | 88.3 | 105.5 | 71.0 | 88.2 | 99.8 | 103.7 | 91.3 |
| Anchorage, AK | 128.4 | 134.5 | 142.9 | 94.1 | 122.0 | 135.7 | 124.8 |
| Ardmore, OK | 87.3 | 92.9 | 77.3 | 84.8 | 101.3 | 93.7 | 89.8 |
| Arlington, TX | 99.3 | 94.4 | 89.4 | 109.9 | 98.3 | 105.4 | 106.4 |
| Ashland, OH | 88.5 | 100.7 | 72.1 | 92.1 | 98.2 | 88.8 | 94.2 |
| Baltimore, MD | 119.4 | 110.8 | 155.4 | 112.5 | 105.3 | 97.9 | 100.0 |
| Bellingham, WA | 113.0 | 114.9 | 135.9 | 83.8 | 113.2 | 115.3 | 100.8 |
| Bergen-Passaic, NJ | 131.3 | 112.1 | 174.0 | 128.9 | 102.4 | 106.3 | 113.8 |
| Bethesda-Gaithersburg-Frederick, MD | 130.5 | 108.5 | 184.2 | 120.6 | 110.1 | 104.0 | 104.4 |
| Boston, MA | 132.5 | 116.7 | 152.8 | 138.6 | 104.5 | 123.5 | 128.6 |
| Brazoria County, TX | 89.3 | 87.9 | 75.8 | 100.8 | 96.0 | 95.6 | 95.6 |
| Brownsville, TX | 85.8 | 88.6 | 71.0 | 93.1 | 95.0 | 96.5 | 91.4 |
| Burlington-Chittenden, Co VT | 120.5 | 112.9 | 138.7 | 122.2 | 102.5 | 104.6 | 114.2 |
| Cedar City, UT | 88.7 | 102.5 | 73.9 | 83.7 | 97.8 | 85.5 | 95.5 |
| Chapel Hill, NC | 113.0 | 100.9 | 127.0 | 85.7 | 122.8 | 105.8 | 112.1 |
| Cheyenne, WY | 100.5 | 101.7 | 107.9 | 96.3 | 95.0 | 98.3 | 96.5 |
| Chicago, IL | 116.9 | 111.2 | 134.8 | 117.3 | 116.5 | 108.5 | 104.4 |
| Cleveland, OH | 101.0 | 108.1 | 93.3 | 109.0 | 101.4 | 104.3 | 102.1 |
| Columbia, SC | 100.4 | 105.2 | 82.3 | 109.0 | 102.0 | 106.2 | 110.6 |
| Conway, AR | 86.6 | 97.9 | 78.8 | 92.0 | 96.6 | 89.8 | 84.0 |
| Cookeville, TN | 85.7 | 86.7 | 71.4 | 82.9 | 87.5 | 87.1 | 98.2 |
| Covington, KY | 87.8 | 86.0 | 76.8 | 100.2 | 99.9 | 90.6 | 90.3 |
| Decatur-Hartselle, AL | 89.2 | 98.5 | 74.2 | 90.6 | 96.7 | 85.5 | 96.6 |
| Detroit, MI | 99.4 | 92.7 | 95.2 | 129.5 | 101.3 | 94.2 | 96.6 |
| Dodge City, KS | 89.3 | 90.0 | 77.6 | 85.5 | 95.6 | 89.9 | 98.5 |
| Dothan, AL | 89.8 | 100.3 | 80.1 | 79.7 | 91.8 | 81.7 | 97.9 |
| Douglas, GA | 88.6 | 104.1 | 68.5 | 97.9 | 89.3 | 91.3 | 96.6 |
| Dover, DE | 99.7 | 110.4 | 90.9 | 108.8 | 97.5 | 103.0 | 100.7 |
| Dutchess County, NY | 120.4 | 109.8 | 141.3 | 118.8 | 109.3 | 110.4 | 111.1 |
| Dyersburg, TN | 88.6 | 93.4 | 73.8 | 95.2 | 92.9 | 86.3 | 96.7 |
| Eugene, OR | 109.8 | 93.8 | 132.3 | 85.3 | 110.0 | 118.2 | 102.9 |
| Everett, WA | 111.3 | 112.0 | 128.1 | 85.4 | 110.4 | 129.1 | 102.1 |
| Fairbanks, AK | 137.4 | 127.9 | 148.5 | 193.1 | 118.7 | 144.9 | 118.8 |
| Flagstaff, AZ | 114.9 | 106.6 | 149.3 | 92.5 | 105.5 | 100.0 | 99.5 |
| Florence, AL | 90.2 | 96.6 | 79.6 | 91.0 | 94.5 | 84.1 | 96.3 |
| Fort Lauderdale, FL | 115.7 | 112.5 | 144.0 | 92.5 | 106.3 | 102.4 | 103.7 |
| Fort Smith, AR | 86.1 | 92.5 | 74.5 | 90.5 | 87.9 | 87.5 | 91.7 |
| Framingham-Natick, MA | 134.5 | 109.4 | 177.2 | 131.9 | 105.0 | 116.1 | 118.8 |
| Fresno, CA | 117.3 | 115.8 | 131.2 | 123.6 | 114.5 | 106.8 | 105.9 |
| Gainesville, FL | 99.8 | 106.3 | 101.8 | 99.2 | 103.3 | 92.7 | 95.5 |
| Garden City KS | 89.7 | 91.2 | 79.9 | 86.5 | 94.0 | 89.6 | 97.5 |
| Glens Falls, NY | 112.3 | 105.4 | 105.9 | 128.0 | 107.0 | 97.3 | 119.3 |
| Glenwood Springs, CO | 124.0 | 103.3 | 169.0 | 89.0 | 110.9 | 112.0 | 108.7 |
| Greenville, SC | 90.3 | 102.7 | 72.9 | 90.1 | 97.1 | 98.2 | 97.7 |
| Gunnison, CO | 110.0 | 110.6 | 134.5 | 85.7 | 99.0 | 97.3 | 100.6 |
| Hampton Roads-SE Virginia, VA | 111.7 | 106.6 | 121.9 | 108.4 | 104.1 | 109.6 | 108.4 |
| Harlingen, TX | 82.8 | 81.5 | 75.8 | 105.6 | 88.7 | 95.2 | 79.1 |
| Harrisburg, PA | 99.7 | 97.8 | 91.5 | 110.5 | 100.2 | 93.8 | 105.1 |
| Hartford, CT | 121.8 | 120.7 | 137.8 | 120.7 | 109.0 | 113.0 | 113.5 |
| Hays, KS | 89.4 | 92.0 | 78.8 | 92.4 | 97.5 | 90.7 | 94.2 |
| Hilton Head Island, SC | 114.1 | 111.4 | 119.8 | 100.4 | 101.6 | 110.7 | 118.5 |
| Honolulu, HI | 165.7 | 160.1 | 249.0 | 146.2 | 126.2 | 120.0 | 117.9 |
| Indianapolis, IN | 87.2 | 91.4 | 73.4 | 86.7 | 100.5 | 93.6 | 93.1 |
| Jackson-Madison County, TN | 90.2 | 91.1 | 74.2 | 98.9 | 100.0 | 91.5 | 98.1 |
| Johnson City, TN | 86.7 | 92.3 | 74.4 | 89.1 | 91.7 | 91.5 | 92.6 |
| Jonesboro, AR | 88.9 | 97.5 | 75.1 | 91.1 | 88.8 | 85.9 | 97.3 |
| Joplin, MO | 88.8 | 92.2 | 75.9 | 108.1 | 91.8 | 89.5 | 92.0 |
| Juneau, AK | 136.5 | 133.1 | 165.7 | 135.1 | 121.2 | 144.4 | 116.1 |
| Knoxville, TN | 89.4 | 91.4 | 82.0 | 95.1 | 84.2 | 88.4 | 95.1 |
| Kodiak, AK | 128.7 | 149.4 | 127.8 | 131.9 | 143.4 | 130.7 | 115.4 |
| Lake Havasu City, AZ | 111.8 | 107.0 | 139.3 | 95.9 | 93.5 | 98.0 | 101.7 |
| Las Cruces, NM | 100.6 | 103.7 | 104.4 | 93.7 | 99.0 | 96.5 | 99.1 |
| Los Alamos, NM | 109.7 | 97.1 | 128.1 | 91.2 | 110.7 | 102.6 | 104.7 |
| Los Angeles-Long Beach, CA | 136.4 | 106.0 | 207.1 | 101.7 | 113.6 | 109.1 | 107.0 |

See footnotes at end of table.

## Table 728. Cost of Living Index—Selected Urban Areas, Annual Average: 2010—Con.

[Data are for a selected urban area within the larger metropolitan area shown. Measures relative price levels for consumer goods and services in participating areas for a mid-management standard of living. The nationwide average equals 100 and each index is read as a percent of the national average. The index does not measure inflation, but compares prices at a single point in time. Excludes taxes. Metropolitan areas as defined by the Office of Management and Budget. For definitions, urban areas, and components of MSAs, see source. Beginning February 2008, data are based on an annual average survey compiled from data submitted in the first 3 quarters of the year. To calculate the annual average index, actual and estimated prices are collected to calculate an annual average price for each item used to represent the various spending categories. The share of consumer spending devoted to the category determines that category's importance, or weight, in the Index. Weights are based on the Bureau of Labor Statistics' 2009 Consumer Expenditure Survey]

| Urban area | Composite index (100%) | Grocery items (13%) | Housing (29%) | Utilities (10%) | Transportation (12%) | Health care (4%) | Misc. goods and services (32%) |
|---|---|---|---|---|---|---|---|
| Louisville, KY | 87.7 | 81.6 | 78.7 | 99.1 | 96.9 | 87.2 | 91.9 |
| Lubbock, TX | 89.1 | 90.0 | 80.4 | 74.8 | 97.6 | 98.3 | 97.1 |
| Madison, WI | 109.8 | 104.8 | 118.0 | 95.0 | 109.5 | 115.2 | 108.6 |
| Manchester, NH | 116.8 | 102.3 | 117.0 | 124.5 | 100.1 | 116.1 | 125.0 |
| Martinsburg-Berkeley County, WV | 89.6 | 91.5 | 82.7 | 85.9 | 103.9 | 99.9 | 90.6 |
| Martinsville-Henry County, VA | 87.1 | 94.0 | 77.6 | 89.1 | 82.9 | 87.6 | 93.2 |
| Mason City, IA | 89.1 | 89.4 | 73.1 | 105.6 | 99.5 | 94.8 | 94.2 |
| McAllen, TX | 85.0 | 79.8 | 77.6 | 103.1 | 92.4 | 97.9 | 84.3 |
| Memphis, TN | 88.2 | 92.7 | 76.2 | 86.9 | 91.5 | 98.6 | 95.2 |
| Middlesex-Monmouth, NJ | 124.8 | 108.9 | 154.1 | 128.6 | 103.9 | 108.9 | 112.2 |
| Minneapolis, MN | 111.0 | 111.6 | 116.8 | 104.7 | 103.7 | 105.4 | 110.4 |
| Minot, ND | 99.9 | 99.3 | 95.9 | 73.5 | 98.2 | 91.0 | 113.6 |
| Missoula, MT | 99.4 | 110.2 | 92.2 | 98.3 | 102.2 | 107.2 | 100.1 |
| Montgomery, AL | 99.2 | 102.9 | 96.0 | 108.4 | 99.6 | 88.0 | 99.1 |
| Morgantown, WV | 100.6 | 93.9 | 111.9 | 89.9 | 100.7 | 96.1 | 97.1 |
| Murfreesboro-Smyrna, TN | 88.2 | 94.3 | 76.2 | 81.0 | 92.7 | 95.8 | 96.2 |
| Muskogee, OK | 86.0 | 98.0 | 68.3 | 97.5 | 80.8 | 96.7 | 93.5 |
| Nashville-Franklin, TN | 88.9 | 91.7 | 71.3 | 82.6 | 92.5 | 87.3 | 104.5 |
| Nassau County, NY | 145.7 | 123.0 | 206.7 | 140.7 | 113.1 | 119.7 | 115.3 |
| New Haven, CT | 122.1 | 117.9 | 134.9 | 123.5 | 106.3 | 112.7 | 117.9 |
| New York (Brooklyn), NY | 181.7 | 130.6 | 317.8 | 165.0 | 103.0 | 111.5 | 119.5 |
| New York (Manhattan), NY | 216.7 | 154.3 | 386.7 | 169.6 | 120.3 | 130.2 | 145.7 |
| New York (Queens), NY | 159.0 | 128.3 | 230.8 | 172.0 | 108.8 | 118.0 | 123.9 |
| Newark-Elizabeth, NJ | 129.7 | 111.6 | 168.5 | 129.2 | 103.9 | 103.1 | 113.9 |
| Oakland, CA | 139.1 | 116.8 | 198.8 | 94.7 | 113.6 | 119.9 | 119.0 |
| Omaha, NE | 88.3 | 92.0 | 79.3 | 89.9 | 100.0 | 96.8 | 89.7 |
| Orange County, CA | 146.4 | 104.5 | 242.8 | 103.2 | 114.6 | 111.6 | 105.2 |
| Paducah, KY | 87.3 | 94.8 | 75.8 | 96.5 | 86.6 | 90.3 | 91.3 |
| Palm Coast-Flagler County, FL | 88.2 | 106.9 | 70.0 | 90.4 | 103.6 | 96.5 | 90.6 |
| Palm Springs, CA | 121.8 | 111.5 | 154.2 | 112.7 | 110.2 | 100.8 | 106.1 |
| Panama City, FL | 99.4 | 93.7 | 101.5 | 99.7 | 108.9 | 94.5 | 97.6 |
| Paris, TX | 88.9 | 93.6 | 80.0 | 87.4 | 94.1 | 94.0 | 93.0 |
| Philadelphia, PA | 126.5 | 124.9 | 141.3 | 135.9 | 105.8 | 108.2 | 119.6 |
| Phoenix, AZ | 100.7 | 108.1 | 90.4 | 96.6 | 108.9 | 108.8 | 104.6 |
| Pittsfield, MA | 110.6 | 115.0 | 96.2 | 161.9 | 98.9 | 105.0 | 110.0 |
| Plattsburgh, NY | 100.1 | 98.9 | 95.1 | 119.4 | 105.5 | 113.0 | 95.9 |
| Ponca City, OK | 90.0 | 94.8 | 76.6 | 93.0 | 94.4 | 94.4 | 97.0 |
| Portland, ME | 116.5 | 101.8 | 143.0 | 102.9 | 111.8 | 109.7 | 105.5 |
| Portland, OR | 111.3 | 105.8 | 130.8 | 87.1 | 105.8 | 113.6 | 105.1 |
| Providence, RI | 123.3 | 113.4 | 129.0 | 129.0 | 102.5 | 113.2 | 128.1 |
| Pryor Creek, OK | 84.5 | 95.0 | 71.5 | 82.7 | 86.6 | 86.0 | 91.5 |
| Pueblo, CO | 85.6 | 100.5 | 71.5 | 80.1 | 93.8 | 94.1 | 90.1 |
| Riverside City, CA | 112.5 | 104.9 | 136.3 | 99.9 | 113.4 | 104.4 | 99.1 |
| Rochester, NY | 100.0 | 94.6 | 94.2 | 114.4 | 108.7 | 99.7 | 100.2 |
| Round Rock, TX | 89.7 | 81.9 | 78.0 | 107.0 | 87.6 | 96.6 | 97.6 |
| Sacramento, CA | 116.2 | 114.7 | 135.7 | 109.6 | 114.4 | 110.8 | 102.8 |
| Salina, KS | 86.9 | 86.9 | 76.0 | 87.0 | 94.7 | 94.9 | 93.1 |
| Salt Lake City, UT | 100.6 | 100.1 | 108.0 | 72.5 | 102.1 | 98.8 | 102.9 |
| San Diego, CA | 132.3 | 105.5 | 194.4 | 101.9 | 113.1 | 111.5 | 105.8 |
| San Francisco, CA | 164.0 | 111.9 | 281.0 | 94.5 | 113.0 | 117.0 | 124.3 |
| San Jose, CA | 156.1 | 115.3 | 260.3 | 137.2 | 114.0 | 119.0 | 103.6 |
| Seattle, WA | 121.4 | 115.1 | 140.3 | 85.7 | 118.9 | 119.9 | 119.1 |
| Springfield, IL | 85.8 | 89.7 | 70.1 | 79.8 | 104.5 | 106.5 | 91.7 |
| Springfield, MO | 88.0 | 93.2 | 76.8 | 83.2 | 96.8 | 95.3 | 93.8 |
| St. Paul, MN | 110.0 | 107.0 | 112.9 | 106.8 | 103.4 | 106.7 | 112.2 |
| Stamford, CT | 146.9 | 121.8 | 212.6 | 121.3 | 110.0 | 113.3 | 122.1 |
| Stillwater, OK | 90.1 | 95.5 | 81.2 | 97.9 | 88.8 | 95.7 | 93.1 |
| Temple, TX | 87.4 | 83.7 | 71.8 | 107.6 | 97.9 | 91.2 | 92.8 |
| Thomasville-Lexington, NC | 89.2 | 105.5 | 77.2 | 80.7 | 88.8 | 109.1 | 93.5 |
| Truckee-Nevada County, CA | 146.9 | 132.2 | 208.3 | 114.3 | 121.5 | 112.0 | 120.5 |
| Tulsa, OK | 88.4 | 91.9 | 66.5 | 95.2 | 99.1 | 94.6 | 100.5 |
| Tupelo, MS | 88.1 | 91.1 | 72.3 | 110.1 | 93.8 | 86.6 | 92.7 |
| Waco, TX | 88.9 | 81.8 | 88.5 | 85.3 | 97.6 | 90.9 | 90.5 |
| Washington-Arlington-Alexandria, DC-VA | 140.1 | 107.9 | 226.4 | 97.3 | 109.3 | 103.4 | 103.7 |
| Wichita Falls, TX | 86.5 | 91.9 | 84.0 | 84.4 | 82.5 | 94.5 | 87.4 |
| Williamsport-Lycoming Co, PA | 100.7 | 103.5 | 96.3 | 127.7 | 91.8 | 92.6 | 98.9 |
| Youngstown-Warren, OH | 90.4 | 92.6 | 77.7 | 110.2 | 92.4 | 86.9 | 94.4 |

Source: C2ER, Arlington, VA, ACCRA Cost of Living Index, Annual Average 2010 (copyright). See also <http://www.c2er.org>, released December 2010.