- Register Now!
- Sign-in

Subscriber-Supported Journalism!

# HONOLULU CIVIL BEAT

Best Overall News Site
Three years in a row
Sunday, May 4th, 2014

- Today
- The Beat
- Honolulu
- Hawaii
- Education
- Energy & Environment
- Development
- DC 808
- 
- Fact Checks
- Special Reports

4

# Price Of Paradise

People in Hawaii enjoy enviable weather, a culturally diverse community and a quality of life that makes it one of the nation's healthiest places. Indeed, Hawaii ranked first in the 2011 Gallup-Healthways well-being study. But those benefits come at a price. The state's position as the most isolated archipelago in the world means that about 80 percent of food and other goods must be imported, and higher fuel prices don't help. For example, consumers can pay half as much for milk on the U.S. mainland as they do in Hawaii. Former Bank of Hawaii economist Paul Brewbaker has said that the cost of living in Hawaii is 40 percent higher than elsewhere in the country. Slightly better wages — a per capita personal income of $41,661 in 2010 — aren't nearly enough to make up the difference.

Exhibit 3

Gas prices in Hawaii are among the highest in the nation. On Molokai, for example, residents can pay upwards of $5 a gallon. In addition, the Transient Accommodations Tax keeps climbing, and suggestions to raise the General Excise and Use Tax continue to circulate.

What's known as the Price of Paradise also creates a housing dilemma. Wherever people turn, prices are high. While it may be less financially burdensome to rent, some fear that if they don't get into the housing market, they'll be left behind and never be able to own — or enjoy the hoped-for benefits of ballooning values. Hawaii is the most expensive state in the country in which to rent - and Honolulu ranks third among cities - according to a 2010 study by the National Low Income Housing Coalition.

Housing prices soared in Honolulu over the past decade, reaching a peak of $770,000 in 2007, and hitting a trough of $645,000 in 2009, according to a report from the University of Hawaii Economic Research Organization. The 16 percent decline on Oahu was far less than the 40 percent drop some of the neighbor islands experienced.

The Fair Market Rent for a two-bedroom dwelling in Honolulu is $1616. To afford this, a household should earn $64,651 per year. For a three bedroom in Honolulu, the salary requirement is nearly $92,302 — approximately 94 percent of the Honolulu residents' average monthly income.

## Overview

The state has one of the lowest property tax rates in the country, but the personal income tax rate is one of the highest. The General Excise Tax takes a toll on businesses and consumers at several different levels, making it difficult to start and run a company in Hawaii. In addition, owning a home remains out of reach for many people. Many families with young children face an even greater burden because public schools in general have a poor reputation, driving some parents who already pay taxes for public schools to stretch their personal budgets to send their children to costly private schools.

## History

World War II set Hawaii's economy in motion; the state's strategic location in the Pacific increased its value. From 1940 to 1944, the average personal income grew approximately 36 percent per year, primarily due to military expenditures.

The military remains a strong presence in Hawaii. Yet its personnel are sheltered from the high cost of living. They usually receive subsidized housing, are not subject to state taxes and shop at the commissary and exchange, where prices are lower.

Hawaii also has a history of allowing monopolies, or at least effectively blocking meaningful competition. Shipping in particular drives up prices because the islands are almost completely reliant on imports. The Jones Act, also known as the Merchant Marine Act of 1920, regulates commerce and addresses the safety of workers on ships. But it also requires ships to hire U.S.


Exhibit 3

citizens to staff 75 percent of a ship. This provides job protection for U.S. employees competing with foreign workers willing to work for much less. But the expense gap is wide. A typical U.S. flagged oil tanker crew cost nearly $13,000 per day compared with $3,000 for a foreign flagged ship in 2007. Additional expenses and difficulties U.S.-flagged ships face — these include paying taxes and abiding by strict environmental laws — have decreased the number of ships in operation, and therefore lowered the level of competition. This yields higher prices, which get passed along to consumers.

Because more than 80 percent of Hawaii's food must be imported, the cost is much higher than on the mainland. If a family of four spends about $603 per month on food on the mainland, a family of the same size in Hawaii spends $904, over 33 percent more. A gallon of milk costs $2.28 in Dallas, compared with nearly $9 in Honolulu. A box of cereal in Dallas $2.94, as opposed to $5.69 or more in Hawaii, and the difference for a loaf of bread ($1.88 in Dallas; $3.89 in Honolulu). Like gas, neighbor island residents feel this even more acutely.

The two most expensive elements in Hawaii are the most basic: food and shelter. In the late 1980s and early 1990s, a surge of investments from Japan dramatically altered the already expensive real estate market in Hawaii. This corresponded with a rise in Japanese investments everywhere, along with an increase in the value of the yen versus the dollar. In 1989, the influx of money hit a peak at $5 billion, creating what was called a "bubble economy." At one point, Japanese investors owned an estimated two-thirds of all hotel properties in the islands. Because one Japanese investor purchased over 100 residential properties on Oahu alone, the bubble affected real estate on all levels, driving up housing prices and leaving homeownership out of reach for many local residents. In 2000, 56 percent of Hawaii residents owned homes, compared with 66 percent nationally. And the average price of a single family home rose to $560,000 in 2008, compared with about $206,000 nationally.[1]

Hawaii has struggled to shake its reputation for having a high cost of doing business, according to a study by the University of Hawaii Economic Research Organization. Regional Financial Associates ranked Hawaii first in the nation in relative business costs with an index of 123.23 — 23 percent higher than the national average. That was back in 1997, and not much has changed.

In 1990, residents of Hawaii paid more than 14 percent of their income in local taxes, well above the national average of 11.5 percent. At that time, Hawaii had fewer people holding multiple jobs than most other states, ranking 40th in the nation at just over 5 percent. Twenty years later, that number climbed to more than 8 percent, according to the U.S. Bureau of Labor Statistics. Hawaii now ranks ninth. The median household income in Hawaii was $63,741 in 2009, compared with $50,221 nationally. But this differential may be due in part to multi-generational living.

## Impact

Although Hawaii has made an effort to grow more food locally, there simply isn't enough land to allow the state to become agriculturally self-sufficient, and the cost of labor and land continues to be a barrier to successful agricultural businesses.

Exhibit 3

In the past few years, Hawaii has made an effort to diversify its economy to reduce its reliance on tourism. But the state's attempts to attract high-tech companies have yielded limited success. Starting a business in Hawaii is challenging for many reasons, not the least of which involves selecting from a finite workforce or trying to recruit qualified people from other states to move where their standard of living is likely to decline because of higher costs. Even so, the number of small firms in Hawaii has risen slightly but steadily since 2000, after a dip in the late 1990s, according to data from 2006 Census. However, the number of firms with 500 or more employees has remained static or fallen.

When people move to Hawaii, they soon discover it has one of the highest tax rates in the country, and a broad based General Excise and Use Tax that affects businesses and transactions on many levels. In 2009, the Hawaii State Legislature was able to override Gov. Linda Lingle's veto to raise personal income taxes. The increase took effect Jan. 1, 2009 (retroactively), and expires Dec. 31, 2015. Personal income tax rates range from 1.4 percent to 8.25 percent, and the top rate of 11 percent on income over $200,000 is the highest in the United States.

But the high cost of living affects residents at all economic levels. For example, an executive secretary earning $50,000 in Cincinnati, Ohio, would need to earn $88,419 to maintain the same standard of living in Honolulu. Payscale.com notes that housing in Honolulu is by far the most expenseive (153 percent of the national average), followed by groceries (55 percent), utilities (33 percent), transportation (19 percent) and health care.

## Solutions

Not everyone wants to lower the cost of living in Hawaii. Some believe it would bring too many people to the islands, clogging the state's already overcrowded infrastructure and services, and lowering the quality of life for everyone.

Efforts to legalize gambling — Hawaii and Utah are the only two states where gambling is still illegal — to provide another revenue stream to reduce the burden on taxation have failed over the years. Instead, the Legislature continues to raise taxes, more recently inflicting an added burden on Hawaii visitors by raising the Transient Accommodations Tax to 9.25 percent in 2010. But these actions carry their own set of problems, because whenever the tourism industry shoulders an additional financial burden, it can jeopardize thousands of jobs and the strength of the state's economic foundation.

## Key Players

- Stanley Kuriyama, President and Chief Executive Officer of Alexander and Baldwin, which owns Matson Navigation Company
- House of Representatives Finance Committee Chair Marcus Oshiro

    o   808-586-6200
    o   repmoshiro@Capitol.hawaii.gov
- Sen. David Ige: Chair of Senate Ways and Means Committee in Hawaii State Legislature


Exhibit 3

- Register Now!
- Sign-in

Subscriber-Supported Journalism!

# HONOLULU
# CIVIL BEAT

Best Overall News Site
Three years in a row
Sunday, May 4th, 2014

- Today
- The Beat
- Honolulu
- Hawaii
- Education
- Energy & Environment
- Development
- DC 808

- Fact Checks
- Special Reports

Ongoing Series { Why is the price of paradise so high?
15

# Living Hawaii: 20 Years Later We're Still Talking About 'Price of Paradise'

By Nathan Eagle  09/23/2013

Exhibit 3



<u>Karen Chan</u> via Flickr



It's not cheap to live in Hawaii. It wasn't 20 years ago and it's still not today.

In the early 1990s, two volumes of "The Price of Paradise" asked tough questions about Hawaii's cost of living and sought to figure out what we can do to make it better.

"The goal of the books was to get the conversation going," said Randall Roth, the University of Hawaii law professor who edited them. Chapters in "The Price of Paradise" were written by various experts and academics, and Roth told <u>Civil Beat</u> in a recent interview that he intentionally chose to examine issues that he didn't think would ever go away.

He was right. Today, the conversation is still much the same.

Big-box stores like Costco and the arrival of some chains like Safeway have brought down the cost of some items, although still not consistently to mainland levels.

But the core expenses for people living in the islands have grown markedly worse when compared to the rest of the country. Gas is three times more expensive than it was in 1993, electricity is four times more expensive and housing costs have doubled.

The "paradise tax" — the price people are willing to pay to call the islands home — is still high despite the efforts of Roth and others to get political and business leaders to take action to reduce it 20 years ago.

Politics and policy decisions, exacerbated by Hawaii's long history as a one-party state, have stifled meaningful public discussion and allowed special interests to control the marketplace and costs, Roth said.

The dearth of public debate on policy issues has created a relatively complacent society. And in part because of the high cost of living, people are so busy paying bills and eking out a living that they just accept it, he said.

Exhibit 3

"The level of civic engagement in Hawaii is not nearly what it should be," Roth said.

"People complain every once in awhile, but they don't feel individually that they can do something about it other than get another job or move to a new place."

In this "Living Hawaii" series, Civil Beat hopes to reenergize the conversation Roth and his authors started 20 years ago.

In this installment, we wanted to reacquaint readers with how things have changed, using "The Price of Paradise" as a benchmark by which to measure progress — or lack of it.

We talked to economists, professors and tax experts to gain a sense of how the cost of living in Hawaii has changed since the "Paradise" books were penned.

Some said it's more affordable thanks to big-box stores setting up shop and bringing mainland prices to the isles. Others said it's worsened with the increase in population, higher taxes and political leaders beholden to special interests. No data exists to tell us conclusively who is right.

The experts often brought up the lack of political will to wean the state off its oil addiction and how that has resulted in record-high energy prices. And they noted that dependency on tourism has made Hawaii more susceptible to global economic changes.

They still view housing as the primary driver that makes Hawaii the most expensive place to live in the country. But they also pointed to the cost of food and the price we pay for shipping goods to and from the islands as major elements in rising prices.

## Then and Now

Take a look at a snapshot of how the average price of essential elements in our island lives has risen since 1992.

**Gas then:** $1.23 a gallon (National average:$1.09)

**Gas now:** $4.19 a gallon (National average: $3.54)

**Electricity then:** 9 cents per kilowatt-hour, or $54 a month for a Hawaii home using 600 kwh a month. (National average: 7 cents/kwh, or $66 a month for the average U.S. home using 940 kwh per month)

**Electricity now:** 37 cents per kilowatt-hour, or $222 a month. (National average: 11 cents/kwh, or $103 a month)

**A single-family home then:** $349,000 (National average: $121,000)

**A single-family home now:** $665,000 (National average: $257,000)

Exhibit 3

Costs for essential items have mushroomed in Hawaii while not rising nearly as fast on the mainland. Yes, the housing market on the mainland tanked while Hawaii's has remained relatively stable, skewing that comparison. But housing is perhaps the most critical element of the cost of living in Hawaii.

One of Hawaii's leading economists, Paul Brewbaker, put a number on the "paradise tax" back in 1992. He said at the time that it cost almost 40 percent more to live in the Aloha State than the mainland, on average.

Brewbaker told Civil Beat last week that his best guess of where Hawaii stands today would be 25 percent, the low end of a historic range dating back to the 1960s.

"Relatively speaking, it's never been that much cheaper in Honolulu than now but it has been way more expensive, historically, from cycle to cycle, as in the Japan Bubble of the late-1980s," Brewbaker said.

The U.S. Commerce Department's Bureau of Economic Analysis released a report in June that said Hawaii's cost of living is 16 percent higher than the national average, not too far off Brewbaker's estimate.

It's difficult to come up with numbers today to compare it with the 1990s because government agencies and others, including financial institutions, quit collecting the necessary data a number of years ago. There's no reliable data that was kept year over year on the cost of living in Hawaii relative to the rest of the country, according to University of Hawaii economist Carl Bonham.

Eugene Tian, the state economic research administrator, said it is indeed hard to compare the two time periods.

He said the Economic Research Institute estimated in 2012 that Oahu residents need 85 percent more money in their annual household budgets than mainland residents, suggesting the cost-of-living gap has widened over the last 20 years. Rent, utilities and insurance account for 61 percent of a household's total budget in Hawaii, he said.

But consumer price index data, Tian said, indicates the relative cost of living in Honolulu as compared with the U.S. has slightly improved over the same time period.

## The Roofs Over Our Heads

The high cost of Hawaii living is primarily a result of much more expensive housing, a cost that spiked in the early 1990s when the "Paradise" books were written.

Home prices increased 760 percent from 1972 to 1990, but the typical middle-income family's ability to afford the mortgage payments on a typical single-family home stayed about the same during the 1980s and 1990s in part because incomes continued to rise, according to Leroy Laney's chapter on the cost of living. Laney was vice president and chief economist of First Hawaiian Bank at the time.

Exhibit 3

Housing prices were driven up by foreign speculation, a strong economy and rising population, Laney said.

James Mak and Marcia Sakai, University of Hawaii professors of economics and business, wrote in the first "Paradise" book that the Japanese accounted for 98 percent of the foreign investments in 1990. This is the Japan Bubble that Brewbaker talks about.

The Japanese were paying 21 percent more than market value for residential and commercial properties. These investors bought $7.3 billion worth of Hawaii real estate in 1989 and 1990 alone, they said.

Mak and Sakai singled out Japanese billionaire Genshiro Kawamoto in particular because he bought 100 properties in east Honolulu, offering cash from the back seat of his limo.

Kawamoto made headlines earlier this month after selling 31 of his Kahala properties to Alexander & Baldwin for $98 million. Many of the homes have sat vacant for years, falling into disrepair and causing neighbors to complain of a blight in the area.

After plummeting during the recession, home prices are again on the rise in Hawaii. But the market is not seeing the meteoric climb that happened 20 years ago.

Still, Hawaii residents continue to spend a higher percentage of their income on housing than elsewhere in the nation while earning less then their mainland counterparts when the cost of living is factored in.

MEDIAN RENT VS MEDIAN INCOME 2013



UHERO

University of Hawaii Economic Research Organization chart on income versus rent.

Exhibit 3

Brewbaker's view: You get what you pay for. People are willing to spend more on housing than they might on the mainland in exchange for getting to live in a place they enjoy — there's year-round good weather, natural beauty and other amenities that make Hawaii an enviable place to live.

And a dollar doesn't go as far in the Aloha State as elsewhere, according to University of Hawaii research economist Kimberly Burnett.

Although Hawaii's income grew faster than the national average in 2011, Hawaii's real per-capita incomes were among the lowest in the nation at $32,500 compared to a national average of $36,500, Burnett wrote in a June report. That was based on recently released inflation-adjusted estimates of personal income for states and metropolitan areas which account for these differences by the U.S. Bureau of Economic Analysis.

Lowell Kalapa, president of The Tax Foundation of Hawaii, says Hawaii's cost of living is as high as ever. Kalapa wrote chapters on government spending in each volume of "The Price of Paradise."

He, too, pointed at housing as a primary factor, but also blames local residents for stalling developments that could ease housing prices by providing more affordable units. The "not in my backyard" attitude is apparent in places like Kakaako and Waipio, he notes, where people worry housing projects are going to contribute to traffic, strain existing infrastructure and block their views.

"Where then do we put people who want a house?" Kalapa said. "So you got there first, so no housing for others?"

It's a basic law of supply and demand, Kalapa said. There aren't enough housing units available on the market to drive prices down.

Kalapa doesn't see relief anytime soon. The state's notoriously high taxes have only worsened since the "Paradise" books were written, he said.

What was supposed to be a temporary hotel tax, for instance, has since become permanent and was raised in 2010 from 7.25 percent to 9.25 percent.

Kalapa said the general excise tax, which governments love for its efficiency and seemingly low rate on the surface (roughly 4.5 percent in Hawaii), hampers business because it taxes transactions at every step.

However, going to a true sales tax, like most states have, would mean having to exempt food and healthcare costs, likely resulting in a rate of 10 percent or 11 percent to match the $2 billion in revenue Hawaii currently hauls in via the GET. That would be the highest sales tax in the nation, he said, making it a very unlikely political move.

Hawaii is one of the only states that taxes food, which already costs more than on the mainland.

Exhibit 3

Brewbaker said he has seen food prices fall since the arrival of mainland stores like Safeway and Costco. He said the most important structural change over the past two decades in Hawaii concerning the cost of living is "mainland pricing," which was absent before Costco.

Technology and logistics have enabled big-box stores and Internet distribution as well as global brand penetration. Those factors were either nonexistent at the time of the "Paradise" volumes or too new to have had a narrowing effect on the cost-of-living differential, Brewbaker said.

But he believes that things are different today.

"Go ahead, I dare you to walk around Costco or Safeway and tell me that prices in Boulder, Colorado are 20 to 40 percent cheaper," he said. "Once upon a time, maybe, but I'm talking about comparing pricing on the exact same merchandise and the gap today is much narrower."

Kalapa isn't so sure Costco is helping bring down the cost of living all that much. He says families are suffering today as much as they were in the 1990s from high food costs. And when families skimp on food costs to save money, he said, the price is an unhealthy diet. Soda, for instance, is cheaper than milk.

For Hawaii residents, right now it all comes back to what they are willing to pay to live here. Whether there are ways to bring those costs down is fodder for the broader community debate that Roth started in 1992 with "The Price of Paradise."

Brewbaker says you need to look no further than the cost of gas — it's higher in Hawaii than anywhere else in the U.S. — to see his point.

"My interpretation of the fact that there are more late-model pick-up trucks on Oahu roads ... than there are hybrids and electric vehicles combined, is that gasoline is not really as much more expensive as people love to complain about it being in Hawaii," he said. "It's so expensive you haven't gotten rid of your SUV, numbskull."

**DISCUSSION:** *How has your cost of living changed in the past 20 years? Has Costco and chains like Safeway done much to put a dent in your household bills?*

15
Discussion
Have feedback? Suggestions? Email Us!
Announcements



Exhibit 3

- Register Now!
- Sign-in

Subscriber-Supported Journalism!

# HONOLULU
# CIVIL BEAT

Best Overall News Site
Three years in a row
Sunday, May 4th, 2014

- Today
- The Beat
- Honolulu
- Hawaii
- Education
- Energy & Environment
- Development
- DC808
- 
- Fact Checks
- Special Reports

Ongoing Series { Why is the price of paradise so high?
45

# Living Hawaii: Where Milk Can Cost as Much as Wine

By Adrienne LaFrance   10/07/2013

Flickr; Mel B.

Exhibit 3



**Editor's Note:** *Civil Beat is examining why life in the islands is so expensive in an ongoing series, Living Hawaii. Over the next year we will look at what's behind high prices here and discuss ways to bring them down.*

No need to cry over spilled milk. In Hawaii, just pouring the stuff can make us wince. Milk is expensive here.

We all know the cost of life in Hawaii can be exorbitant but it's not always clear how and why local prices shake out the way they do. When it comes to groceries, you'll almost always pay more — and often far more — on Oahu than you will in Manhattan, another pricey island where the cost of living is about twice the national average, according to the Council for Community and Economic Research.

But there are staples that cost nearly twice as much in Hawaii as they do in New York City. Take a gallon of regular non-organic milk. It costs $3.29 for the generic brand at Whole Foods in New York City, but you shell out $6.29 for a gallon of Meadow Gold at Foodland on Oahu.

Step up a level, to the gallon of organic milk at Whole Foods in Hawaii, and it can cost as much as a bottle of wine.

What gives?

Many things, it turns out. Three decades ago, Hawaii had dozens of milk dairies. Today much of Hawaii's milk comes from the mainland — just two milk-producing dairies remain in the state, both on the Big Island.

"But we don't have a feed mill here, and cows don't just eat grass," said Jeri Kahana, a quality assurance specialist at the Hawaii Agriculture Department. "So you have to import feed as well. The cost of doing business in Hawaii? Everything we touch is linked to transportation."

Most of the milk you'll find in Hawaii stores comes from California, where it's purchased by a processor that ships it to Hawaii. The California Milk Control Program sets the price that processors pay. But fuel prices that remain near their peak and tanker rental costs drive up the price that consumers ultimately pay. Federal requirements related to interstate shipments — such as that milk must be pasteurized before it's packaged — add more to the cost, too.

So, would an increase in local production drive down the cost of milk?

It might. But, locally produced milk often sells for close to $9 per gallon (although it is sometimes "on sale" for a little more than $7).

Exhibit 3

As Kahana points out, even Hawaii dairy farmers rely on mainland feed, which pushes prices up. Local milk is also subject to state pricing requirements that are meant to ensure farmers can stay in business.

"So ultimately, yes, we would like to lower the cost of milk, but at the same time ... if we're talking local, we need to make sure the producers make money to stay in business," Kahana said.

Similar to the California milk board, the state of Hawaii sets a price for milk in order to ensure that farmers can earn enough money to survive. To do that, the state uses an administrative-rules process to determine the amount of money that milk processors like Meadow Gold must pay farmers. The last time the price went up was a decade ago. Hawaii producers have gotten $35.53 per 100 pounds of milk since 2003. Local farmers went more than a decade without a rate increase prior to hikes in 2001 and 2003, and it was during that period of time that Hawaii saw the demise of so many of its milk dairies, Kahana said.

"It became more and more obvious that there was this diverging price between Hawaii and the mainland," said Andrew Novakovic, a professor of agricultural economics at Cornell University. "And California is more than happy to sell milk to Hawaii. It just became more economically sensible to rely on California milk supplies."

Some 90 percent of milk produced in the United States is price-regulated, Novakovic says. But the rate of $35.53 per 100 pounds of milk in Hawaii represents about double the national average. Farmers in California were earning $17.20 per 100 pounds of milk as of May, according to the Modesto Bee. The higher pricing system in Hawaii gets passed onto consumers because milk processors — Meadow Gold, in this case — are required to pay farmers a set amount.

"When it comes right down to it, the issue isn't the transportation cost," Novakovic said. "The issue is the pricing structure."

And though Novakovic says it makes more economic sense for Hawaii to purchase the bulk of its milk from the mainland, there is still a special incentive for the state to maintain at least some local supply of milk.

"Historically, we think of milk as a highly nutritious product that we feed to children," Novakovic said. "And we do exceptional things to make sure our children have access to this highly nutritious product."

Novakovic also points out that it would make the most sense to compare Hawaii milk prices with California's, since California milk is sold in both states. A quick call to a San Francisco Safeway confirms milk costs $4.39 there. At Jon's International Marketplace in Los Angeles, you can pick up a gallon for $3.59.

If that doesn't make you want to cry, this might: Milk is unregulated in Idaho, and that means residents there can get a gallon for $2.59.

Just keep reminding yourself that they have to drive 500 miles to get to the beach.

Exhibit 3