who present three shows each weekday, effective Sept. 8.

De Nies will join Paula Akana as co-anchor of KITV's 5 p.m. weekday newscast, in addition to their co-anchoring duties at 6 p.m.

"Paula Akana and Yunji de Nies offer something no other Hawaii anchor team does," said Andrew Jackson, KITV president and general manager. "They have the unique combination of deep local knowledge and roots, coupled with national and international experience," he said. "We've been so impressed with the on-set want to build on that success at 5 p.m."

De Nies also anchors the 10 p.m. weekday newscast with Kenny Choi.

The "big dog" among Honolulu newscasters, Joe Moore, hosts the 5:30, 6 and 10 p.m. news on KHON-TV.

At Hawaii News Now, Keahi Tucker co-anchors on KGMB-TV and/or KHNL-TV at 6, 6:30 and 10 p.m., and Stephanie Lum anchors four shows each weekday across KGMB, KHNL and KFVE-TV, at 5, 5:30, 9 and 10 p.m.

Morning crews at Hawaii News Now and KHON work on-camera for 4½ and 3½ station's 3 p.m. The next Nielsen ratings is in November.

### YIPPEE FOR IPPY

A huge honor and an even bigger opportunity await Hawaii island chef and restaurateur Philip "Ippy" Aiona, who gained national fame competing on "Food Network Star" in 2012.

He and eight other chefs along with two dessert specialists will compete for the "America's Best Young Chef" crown at the Forbes Under 30 Summit in Philadelphia Oct. 19 through 22.

"This is probably the

KITV's Yunji de Nies, right, will be anchor news shows each weekday when she join Akana, left, starting Sept. 8, as co-anchor tion's 5 p.m. weekday newscast. The two chor the 6 p.m. news, and de Nies presen 10 p.m. news with Kenny Choi.

biggest thing to happen to my career," Aiona said of the exclusive event. Competitors were culled from the Forbes magazine 30 Under 30 list, on which he was included two years ago.

Aiona, who is in his mid-20s, grew up in restaurants owned by his p Big Island and two of his own Waikoloa Reso Fat Pigs, a gast

---

*Reach Erika Ei or on Twitter a*

---

**BRIEFLY**

### Honolulu No. 2 in cost of raising kids

It costs $429,635 to raise a child in Honolulu, 75.1 percent more than the national average of $245,340 reported by the U.S. Department of Agriculture on Monday.

Personal finance site NerdWallet delved into the numbers and its market-by-market ranking of child-rearing costs is topped by Manhattan at $540,514.

Honolulu is second, followed by San Francisco, Brooklyn, N.Y., and at No. 5 on the list, Hilo, at $369,559.

NerdWallet researchers took the USDA's $245,340 average and adjusted it for cost of living in each city, using the cost-of-living index provided by the Council for Community and Economic Research. Housing costs constitute 30 percent of the total cost calculated by the USDA. Sending children to day care costs more than sending them to college in 31 states, NerdWallet found.

The least expensive U.S. markets in which to raise a child according to NerdWallet, are Norman, Okla., at $199,298, and Harlingen, Texas, at $199,694.

### Tax yield from isle businesses up 10.4%

Hawaii businesses paid 10.4 percent more in state and local taxes in the 12-month period that ended June 30, 2013, compared to the year earlier, according to financial advisory firm Ernst & Young LLC.

Hawaii's growth was the second-highest in the nation behind the 29.9 percent increase in taxes paid by businesses in North Dakota.

In all, the nation's businesses paid $671 billion in total state and local taxes in fiscal 2013, according to Ernst & Young. Business taxes



**ON THE MOVE**



STAR-ADVERTISER
**Dan Petrill**

Hawaii Preparatory Academy has announced that **Dan Petrill** has been named chief financial officer as of Sept. 1. He joined HPA in 2010 and was previously a

## HEALTH: Small-grou

*Continued from B5*

on a cost-reduction plan with CMS that may include staff reductions as it seeks ways to be financially sustainable for the future.

Those efforts, however, may be stifled by the lack of insurers and competition on the exchange.

The Hawaii Medical Service Association, the state's dominant health insurer, announced Friday it is withdrawing from the small-business portion of the exchange due to the significant time and money it has spent dealing with the ongoing technical problems of the Connector. It is continuing to sell individual policies on the exchange.

Several smaller local health plans — including UHA (University Health Alliance), the Hawaii Medical Assurance Association and Family Health Hawaii — declined to be part of the Con-

businesses wil value of signin Kaiser and all nector to prov it was designe ployers," Mats are here to bu that lasts, and stood going in some insurers not participat year."

The Connec working with ance Division partners to id port any smal ers who migh health plans c tor next year,

HMSA's dec out of the exc as the Small B Options Prog ally work to o for smaller fir marketplace, adding that in small-group n been hesitant Connector in