Case 1:14-cv-00333-JMS-RLP   Document 39-9   Filed 09/26/14   Page 1 of 5   PageID #: 329

THE BEAT, CAPITOL WATCH

# What's 100 Bucks Worth in Hawaii?

Compared with other states, a lot less, says nonprofit Tax Foundation.

AUGUST 19, 2014 · By CHAD BLAIR

*A Huffington Post piece compares how much $100 is really worth in the 50 states. Excerpts:*

The map below, created by nonprofit research organization Tax Foundation using data from the Bureau of Economic Analysis, shows the real value of $100 adjusted to reflect average price levels in each state.

In Mississippi, for instance, $100 would be enough to buy what would cost $115.74 in a place where prices are closer to the national average. In a pricey state like New York, $100 is only worth about $86.66. ...

The wide range between states is in part due to the number of large cities in each state. ...

States that are more isolated from transportation networks, like Alaska and Hawaii, have to pay more to import goods, so things generally cost more. ...

**The Relative Value of $100:**
Which states offer the biggest bang for your buck?

TAX FOUNDATION

**Share** 258    **Tweet** 21

---

## Discussion

# The Real Value of $100 in Each S

August 18, 2014
**By** Alan Cole, Lyman Stone, Richard Borean

**Update:** For an additional map that breaks the data down by metropolitan statistical areas, click

This week's tax map shows the real value of $100 in each state. Because average prices for similar or New York than in Mississippi or South Dakota, the same amount of dollars will buy you compa comparatively more in low-price states. Using data from the Bureau of Economic Analysis that we adjust the value of $100 to reflect how prices are different in each state.

For example, Tennessee is a low-price state, where $100 will buy what would cost $110.25 in anot average. You can think of this as meaning that Tennesseans are about ten percent richer than thei

The states where $100 is worth the least are the District of Columbia ($84.60), Hawaii ($85.32), ] ($87.64), and California ($88.57). That same money goes the furthest in Mississippi ($115.74), Ar Alabama (113.51), and South Dakota ($113.38).



Regional price differences are strikingly large, and have serious policy implications. The same am percent more in Mississippi than in DC, and the differences become even *larger* if metro area pri statewide averages. A person who makes $40,000 a year after tax in Kentucky would need to hav Washington, DC just in order to have an equal standard of living, let alone feel richer.

As it happens, states with high incomes tend to have high price levels. This is hardly surprising, as can correlate with high levels of economic activity. However, this relationship isn't strictly linear: Dakota, have high incomes without high prices. Adjusting for prices can substantially change our poor or rich.

Figure 3. Kansas Has a Higher Average Income than New York after Adjusting for Purchasing Power



As we showed in an example in our recent paper on income data, adjusting for prices reveals ave[rage income in Kansas] higher than in New York, despite New York having much higher incomes as measured in dollars.

The tax policy consequences of this data are significant. For example, because taxes must be calcu[lated in nominal dollars, the] average New York resident pays significantly more in taxes than the average Kansas resident. But [the Kansas resident has] *higher* purchasing power, meaning that they get to pay lower taxes despite getting to have a riche[r lifestyle.]

Furthermore, this affects means-tested federal welfare programs. A poor person in a high cost are[a may be] artificially boosted out of the range of income where they are eligible for welfare programs, despi[te being very poor. At the same] time, many people in low-price states may be eligible for welfare programs despite actually being [relatively well off. When the] same dollar value program is offered in New York City and rural South Dakota, it may be too sma[ll in New York City] and yet so big it discourages work in South Dakota.

We've explained elsewhere how taxes have a role to play in urban gentrification, which in turn inc[reases the] price level. As we also pointed out when the BEA data was first released, adjusting state incomes [for prices can address] statistical problems related to taxes and migration as well.

*Follow Alan and Lyman on Twitter.*

**Tax Topic** Inequality

# Subscribe to the Tax Foundation Newsletter

**Email Address**