SUBSCRIBER CONTENT: Sep 20, 2009, 6:00pm HST Updated: Sep 18, 2009, 12:00am HST

# Mainland-Hawaii salary gap grows



View Photos

Kaneohe native Josh Levinson, president and CEO of Community Links Hawaii, would probably make 25 percent more in a comparable job on the Mainland.



Linda Chiem
   Pacific Business News

After obtaining three academic degrees, working in two careers and spending 20 years in Washington, D.C., Chicago, Philadelphia and New York City, Kaneohe native Brian Ancheta moved back to Hawaii last spring.

In Chicago, he routinely pored over Hawaii job advertisements to see if he could find an equally high-paying information technology job back home.

Exhibit 4

which is based in Aiea. "Simply put, they'd say, we don't do that in Hawaii. I think there's still a lot of that and the justification of why it should be less, like because we [companies] pay higher taxes."

It's also been blamed for the "brain drain," where Hawaii-born college graduates leave for higher paying careers on the Mainland or abroad.

"It's a societal problem, not an industry problem," said Pono Shim, president and CEO of Enterprise Honolulu. "We've got it backwards where we're importing expertise and exporting revenue. Until we really start getting better at exporting our expertise, as a community, we're paying for it dearly in the brain drain."

Those who do come back to Hawaii are motivated by family and work-life balance but know they'll be taking major pay cuts.

Ancheta, 37, told PBN he gave up computer consulting, went to law school and worked for three years at the corporate law firm Latham & Watkins in New York before he could afford to come back to Hawaii.

He said he was making a base salary of $185,000 a year and took a 60 percent cut in his salary and bonuses by coming home.

Honolulu attorneys make an average of $85,092 and on the Neighbor Islands they make even less, about $76,000, according to the Labor Department.

Ancheta is now an associate with the Honolulu law firm Goodsill Anderson Quinn & Stifel.

"Ever since I started working, the pay difference was a huge barrier and I tried really hard to get back as a computer consultant, but as an attorney, it took me two years to come to grips with the fact that Hawaii just has its inherent economic limitations so I just had to deal,"Ancheta said.

Law firm partners on the Mainland charge between $300 and $1,000 an hour, while most of the bigger firms in Hawaii charge closer to $250, according to PBN research.

"The billable hour rates in the major Mainland cities have been dramatically higher than the billable rates that are charged by Hawaii attorneys," said Gary Slovin, Goodsill's managing partner. "It's just the function of a smaller marketplace. Compensation for attorneys is tied to what clients are charged and Hawaii's business market just doesn't sustain those kinds of rates."

Josh Levinson, 33, knew he'd have to move into a higher position at a nonprofit in order to afford to move his family back to Hawaii.

The Kaneohe native, who now is president and CEO of Community Links Hawaii, previously was deputy director at the Washington, D.C., nonprofit, DC Appleseed.

Exhibit 4

Even though he is earning slightly more in Honolulu than in D.C., a similar executive job there would pay about $25,000 more.

"If money was my primary driver and my family's primary driver, there's no way we would've moved back," Levinson said. "I just kind of had to throw things out the window, make a jump for it and come to terms that Hawaii is such a smaller market. The draw of living here made it worth the sacrifices my family was willing to make."

Employers in Hawaii's burgeoning technology sector say they've learned they have to match Mainland salaries in order to compete for the best talent.

"There are pockets of particular skill sets that are difficult to hire anywhere in the world and that's a skill set issue, not a Hawaii issue," Watumull said. "Anyone in any kind of skill set, as long as we paid a wage similar to the West Coast, our competition, we could get them here."

When AIG Hawaii launched its software development subsidiary, Veyond, in 2003, the company heavily recruited programmers and coders from Hawaii, the Mainland and even had to outsource work to India before it landed a full staff.

"AIG quickly had to come up to speed and pick up talent and a lot of that meant we had to pay Silicon Valley rates to get people back to Hawaii," said President and CEO Robin Campaniano. "But I never look at it in terms of a drain because you got to go where you can find the best opportunity, especially in a global economy.

"Picking up experience elsewhere can help make employees more seasoned and able but the challenge is for us [employers] to find opportunities to where they will want to return."

lchiem@bizjournals.com | 955-8042

**Industries:**

Human Resources
Promoted by Taboola
We Recommend

New renderings, details revealed for Japanese developer's $31M Waiki...

Nordstrom's new Ala Moana Center store to include Whole Foods o...

Exhibit 4