- Choose a City
- Local Business Directory
- Book of Lists
- Upstart Business Journal

- Contact Us
- Sign In

- Like on Facebook
- Follow on Twitter
- Follow on LinkedIn
- Follow on Google+

Pacific Business News

Search

- Home
- News
- People
- Events
- Jobs
- Resources
- Store
-  Subscribe Now Limited Time Offer

### Sign Up for the Pacific Business News Afternoon Edition Newsletter

See all newsletters

Enter your email address   Sign Up

SUBSCRIBER CONTENT: May 13, 2011, 12:00am HST

# City will spend over $1 million in rail-related attorneys' fees

Curtis Lum, Pacific Business News

The City and County of Honolulu is prepared to spend more than $1 million on private law firms to defend itself against legal challenges filed by opponents of the

$5.3 billion rail transit system.

The City Council on Wednesday approved three resolutions that would appropriate $850,000 to retain the services of the law firms as special deputy corporation counsels. In 2009 and 2010, the Council approved spending $300,000 to hire two law firms to represent the city.

According to the resolutions, the city will pay Kobayashi Sugita & Goda $250,000 more than the $50,000 the firm already has received. The Honolulu firm is representing the city in the protests filed over the awarding of the rail's core systems contract.

The Council two years ago authorized $250,000 in legal fees for Carlsmith Ball over challenges to the city's compliance with the National Environmental Policy Act and the Hawaii Environmental Policy Act. The latest resolution calls for another $200,000 to be paid for the services that were rendered.

A third resolution sets aside $400,000 to retain California law firm Nossaman LLP in a lawsuit that has yet to be filed.

Deputy Corporation Counsel Gary Takeuchi said the city has decided to hire this firm in anticipation of a legal challenge by a citizen's group, which claims that the city's EIS process was flawed. The group, which is led by former Gov. Ben Cayetano, has hired Nicholas Yost, also a California attorney, to represent it.

"Opponents of the rail project have very publicly and repeatedly announced that they intend to file suit 'shortly,'" Takeuchi said. "By retaining counsel now, the city will be better prepared to respond promptly. A contract will need to be in place before any work by a private law firm can be billed to the city."

The law firms are charging the city $295 to $495 per hour in attorneys' fees, according to the resolutions.

City Councilmember Ann Kobayashi, a critic of the rail project, said she doesn't understand why attorneys in the city's corporation counsel's office aren't handling the legal challenges. The office represents the city in legal matters.

"We have a lot of good attorneys," Kobayashi said. "I can see if it involves an employee suing the city or something because then it would be a conflict. But I would prefer if it were handled in-house. Definitely."

Kobayashi said she voted against the earlier appropriations because the funds were requested before any lawsuits were filed. But, since the complaints have been filed, she said she has no choice but to approve the funding.

"This is just the beginning," she said. "I'm pretty sure there will be a lot more."

Takeuchi said his office seeks City Council approval to retain private attorneys for various reasons, such as when there is a conflict situation, or when specialized expertise is required. He said his office works closely with the private counsel to reduce the cost of the legal bills.

"Through such cooperation, the department obtains experienced legal representation at the most reasonable cost," he said.

Takeuchi said the money to pay the private firms comes out of the city's transit fund.

clum@bizjournals.com | 955-8001

**Industries:**

Legal Services, Human Resources

**We Recommend**                                                                 Promoted by Taboola


Honolulu Community Action Program gets $120k to help low-inco…


Perkins+Will opens Honolulu office to work on rail project


Kauai County to use pro bono lawyers to defend GMO law in lawsuit


Honolulu law firm announces new name, leadership

**From Around The Web**


Vote: Should The Father Have A Say In Abortion?
Hubub


High Holiday Credit Card Bill? Get A 0% APR Card
Next Advisor


Carry-on Must-Haves - What to Bring on Your Next Flight
AARP

