## CASE DEVEOPMENT, INVESTIGATION, ETC.

| | |
|---|---|
| 7/16/14 – Spoke with Alan Beck about Mr. Fotoudis/SAF cases | .7 (NO CHARGE) |
| 7/17/14 Spoke with Alan Beck re: applicable law | .5 hours |
| 7/18/14 – Initial consult | 1.1 hours |

    Explained case to Steve/TRO/PI – Resident Alien rights
    Requested Info re: qualifications
    Reviewed prior documents of correspondence between Steve and HPD
    Viewed video – asked him to download and get to me in some format
        I could download

| | |
|---|---|
| 7/18/14 – Prepared contract for Steve | .4 hours |

    Reviewed Contract/signed copied

| | |
|---|---|
| 7/18/14 – Downloaded and reviewed "Fletcher" Mass case | .5 hours |
| 7/21/14 – Reviewed SAF website.  Downloaded pleadings and memo from WA | 1.5 hours |

        Case and from Fletcher/Westlaw Research for similar cases

| | |
|---|---|
| 7/21/14 – Reviewed/downloaded cases sent by Alan Beck | .4 |
| 7/21/14 – e-mailed Steve requesting video and any qualification documentation | .1 hours |
| 7/21/14 – Reviewed docs in file – saw that Steve had written letter saying he had 70k | .2 hours |

        Of firearms in Aust., and that some were irreplaceable.  E-mailed
        Asking him whether he had to sell them or whether they were in
        Storage, and if so, what are damages (likely SOL on damages expired)

| | |
|---|---|
| 7/23/14 – phone call to Steve (e-mails not answered) – Steve just got back from Maui | .2 |

        Has info about lost rifles
        Will not be available Friday Aug. 1 through Aug. 7
        Will be getting the video on CD
        Will call about availability to come in tomorrow to verify Complaint
            and sign Dec

| | |
|---|---|
| 7/23/14 – spoke with Steve – he will be here at 11:00 – 11:30 tomorrow | .1 |

        As to his firearms :

        Discussed number of firearms he kept and the reasons why;
        Father storing them in AUS.  Wants them out of his house ASAP.
        December 31 AUS firearms license expires – then must sell or
        will have to pay extraordinary storage fees.

        Also, he will bring his SS card, passport, green card, and Aust.
            Firearms license with him

Exhibit Nine

| Date / Description | Time |
|---|---|
| 7/23/13 – IM with Alan re: timing of filing and strategy of case | .2 |
| 7/23/13 – talked with Attorney Brian Brazier about how best to plausibly say that Steve Will have irreparable injury because of subjective feeling that some Guns are "better" whether sentimentally or perform better | .2 |
| 7/24/14 – Talked with Alan – decided to add AG/discussed whether to ask for perm. Inj. And reviewed additions made by Steve | .3 |
| 7/24/14 – Reviewed with Alan specific AG language to put in Complaint/Ex parte young | .3 |
| 7/25/14 – Called AG and C&C per Judge Seabright (billed .1 for BOTH calls) | .1 |
| 7/25/14 – Called C&C again – Matt Pyun "finding someone" to come to status | .1 |
| 7/26/14 – Drafted/sent letter to Judge Seabright and parties (re: status conf) | .2 |
| 7/28/14 – rec'd minute entry/calendared status for Wed. | .1 |
| 7/28/14 – e-mailed Kendall and Matt Pyun informing them of Wed. status conference | .1 |
| 7/28/14 – rec'd e-mail from Kendall confirming he will be present. | .1 |
| 7/29/14 – read minutes re: Scheduling Conference – informed Kendall and Matt Pyun As ordered | .1 |
| 7/30/14 – Conference call with Steve and Alan Steve says he definitely was applying to purchase To replace the firearms he had to sell in AU Also says that the ATF would not provide him with Necessary permits to import until he got the 134-2 permit | .2 |
| 7/30/14 – Spoke with Alan in an effort to make demand to Defendants/Alan has 13 to 14 hours at $150 | .1 (NO CHARGE) |
| 7/30/14 – Call to Kendall – told him terms – calculated hours Made an offer to satisfy attys' fees/costs – substantial reduction | .1 |
| 7/30/14 – Draft Stip Dismissal | .5 |
| 8/4/14 - CONFERENCE CALL WITH KENDALL, LISA, ERNEST and CHAMBERS Counter offered less than ¾ of offer with no justification | .1 |
| 8/5/14 – LETTER/PHONE CALL WITH ERNEST – HE READ TO ME Countered with additional $700 reduction | .2 |
| 8/12/14 – Review Kendall's letter/prepare for status conference Modified stip facts with highlighted changes | .7 |

Exhibit Nine

| | |
|---|---|
| 8/19/14 – e-mail opposing counsel wondering about appointment/mods to stip facts<br>And attys' fee offer (open until filing of amended comp.) | .2 |
| 8/22/14 – Spoke with Ernest in Court – tried to show me hard copy of stip fact/<br>Did not have time to address it.  Asked about fees/costs<br>Offer – apparently City and AG discontent over who pays<br>Said may come back with proposed split/reminded him again<br>that our demand would increase | .1 |
| 8/22/14 – E-mailed Ernest again asking for Stip fact | .1 |
| 8/22/14 – Called Ernest left message inquiring about stip facts | .1 |
| 8/22/14 – Called Kendall left message inquiring about stip facts | .1 |
| 8/22/14 – Called and left message for Lisa  inquiring about stip facts | .1 |
| 8/22/14 – e-mailed all opposing counsel again inquiring about stip facts and<br>Threatening to write a letter to Judge Seabright | .1 |
| 8/22/14 – Called Ernest's cellphone – he's supposed to be back in office in 15-20 mins. | .1 |
| 8/22/14 – rec'd call from Kendall – said the City was apparently unhappy with ¶¶ 5-6<br>Didn't know what changes they'd made. | .1 |
| 8/22/14 – e-mailed proposed Amended Complaint to opposing counsel | .1 |
| 8/22/14 – Spoke with Ernest and Lisa – they were working from Amended Complaint<br>That I e-mailed them | .1 |
| 8/22/14 – Reviewed Stip from City – affirmed I will sign/Called Kendall he will approve/<br>Changed caption so I could e-file (had Kendall's contact info) | .2 |
| 8/22/14 – Filed Stip Fact | .1 |
| 8/22/14 – e-mailed opposing counsel with new demand – which includes<br>Filing fee – Never got a response | .1 |

**3.7**

| | |
|---|---|
| 8/27/14 – Reviewed Louie's answer/exchanged e-mails with Kendall re: whether<br>State was now wanting to fight the case | .3 |
| 8/29/14 – Reviewed State's Memo in Opp to MSJ/Perm. Inj. | .3 |
| 8/29/14 – Reviewed City's Memo of no opp. | .2 |

Exhibit Nine

9/15/14 – Call from Clerk re: Status Conf (No Charge) – reviewed EO [Doc. 33]     .1 (NO CHARGE)

9/16/14 – Reviewed proposed inj. Language – discovered permanent resident part     .7
    Removed – investigated why - Reviewed docs re: agreement on inj.
    Language – Defendants did not like "any other statute" language from
    The motion – so when that was removed the permanent resident
    Modifier also erroneously removed

9/16/14 – Called Lisa and Ernest with City – discussed what I found re: language removed     .1
    Agree to put it back in when we meet with Judge Seabright

9/16/14 – Left Message with Kendall re: proposed language     .1

9/16/14 – Met with Kendall and Lisa before status conference – Lisa had proposed     .1
    Language we all agreed on

916/14 – Call from Steve re: permit – explained he could apply for 134-2(d) after     .1
    Judge enters the Order

9/17/14 – Reviewed Order     .3

9/17/14 – Discussed Order with Alan – asked him to contact Steve and HRA     .2 (NO CHARGE)

**Total:**     **12.4 hours**

## PLEADINGS

7/21/14 – Draft Complaint     4.3 hours

    Drafted caption     .1
    Reviewed parties – drafted parties     .9
    Reviewed facts – drafted facts in complaint     2.3
    Reviewed Heller – drafted Count One     .3
    Reviewed 14th (prior complaints) drafted     .3
        Count Two
    Reviewed Failure to Train/Supervise     .4
        9th Cir. Cases – drafted
        Count Four
    *Did not draft Count 3 – Equal Protection

7/22/14 – added Steve's ties to the community and that he is not a fugitive to the Complaint     .1

7/23/14 – continued drafting of Complaint/ reviewed WA and MASS complaints/added     3.2
    And revised Facts –ammunition/Plaintiff's desires –
    drafted counts consistent with Mass Complaint/ added Due process count
    drafted Prayer for Relief/Revised and final Edit

| | |
|---|---|
| 7/23/14 – e-mailed final complaint to Alan for review | .1 |
| 7/24/14 – Met with Steve – Reviewed Complaint – made some changes (misspelled name In a few places – added damages about the guns sold); Reviewed Dec Added more specific training and personal info – changed job description (both docs)/Made misc. changes for accuracy - Copied Exhibits provided by Steve – Signed Dec and Verification with changes | .9 |
| 7/24/14 – Saved Complaint in  filing format/Gathered, marked scanned exhibits and saved In order/ scanned verification and saved in order | .2 |
| 7/24/14 – downloaded/completed summons for each defendant | .2 |
| 7/24/14 – Edited PI Memo – plugged in Paragraph Numbers from Steve's Declaration, Coordinated exhibits (scanned Exhibit Six) and saved them appropriately for Filing | .7 |
| 7/24/14 – Drafted Holcomb Decl./gathered Exhibits for my Declaration from Pacer.  Downloaded.  Saved as appropriate Exhibit;  edited PI memo as to proper citation of and exhibit number | 1 |
| 7/24/14 – edited PI memo – found correct citations of Sandiford and Chumphol cases | .1 |
| 7/24/14 – final review of PI memo-cleaned up errors | .1 |
| 7/24/14 – format page breaks, numbers; Tables | .7 |
| 7/24/14 – Drafted actual TRO and PI Motions | .5 |
| 7/24/14 – opened case on Pacer – filed all documents | 1 |
| 7/25/14 – printed/copied all docs for service and for courtesy copies | 1.2 |
| 7/25/14 – call from chambers requesting courtesy copies and that I call opposing counsel For status next week. | .1 |
| 7/25/14 – delivered courtesy copies | .4 |
| 7/25/14 – Darko served summons  X2 – had to go back twice b/c complained that service was insufficient | 1.1 |
| 8/20/14 – Amended Complaint – changed to "official capacity", took out John Does, Made sure it further specified that Steve wishes to acquire new Firearms in Hawaii | 1.6 |
| 8/20/14 – Modified Verification; E-mailed Steve with verification and Amended Complaint; told him I had again requested a time for his 134-3 appointment | .2 |

Exhibit Nine

| | |
|---|---|
| 8/21/14 – Met with Steve – got verification | .2 |
|         Going to take out damages | |
|         Again confirmed that he intended to apply pursuant to 134-2 | |
|         On July 10 | |
| 8/22/14 – modified Amended Complaint – changed Kealoha's spelling – took out | .7 |
|         Damages – made sure said "acquire and possess" throughout | |
| 8/22/14 – filed amended complaint | .2 |
| 8/22/14 – Drafted MSJ/Inj. Motion | 1.2 |
| 8/22/14 – Filed MSJ/Inj. Motion | .1 |
| 8/22/14 – Drafted Filed COS Amended Complaint | .1 |
| 8/22/14 – Drafted/Filed Errata COS Amended Complaint | .1 |
| **Total:** | **20.3** |

## **INTERROGATORIES, DOCUMENT PRODUCTION, WRITTEN DISC.**

N/A

## **DEPOSITIONS**

N/A

## **MOTIONS PRACTICE**

| | |
|---|---|
| 7/22/14 – began researching equal protection and the rights of resident aliens | 1.3 |
|         Took excerpts from research for use in TRO/PI memo as I went | |
| 7/22/14 – drafting TRO/PI memo – legal and factual background | 1.9 |
| 7/22/14 – continued drafting TRO/PI memo – added in other courts' rulings and agreed docs/ | 1.2 |
|         Started on Winter factors | |
| 7/23/14 – continued drafting TRO/PI memo – likelihood of success | 1.1 |
|         Break | |
| 7/23/14 – drafting TRO/PI memo - revised Statutory background and facts – | .3 |
|         added subheadings and moved *Heller* discussion under subheading a | |
| 7/23/14 – revised (added to) Statement of Facts | .5 |

| | |
|---|---:|
| 7/23/14 – continued drafting TRO/PI memo – likelihood of success 2a and 42 U.S.C. s 1981  Started Irreparable harm | 2.5 |
| 7/23/13 – continued drafting memo – irreparable harm (researched instances of specific Rights being presented here constituting irreparable harm); Drafted discussion there, began discussion of Steve's potential losses; Revised Likelihood of success for both 2a and E.P. claim. Added case law and citations | 2.3 |
| 7/23/13 – continued drafting memo – finished irreparable harm section; drafted balance of Equities and public interest sections (plagiarized much of the latter From the WA memo) | 1.3 |
| 7/23/13 – Reviewed/edited/revised memo – added cites, corrected errors, reworded Sentences for clarity | 1.5 |
| 7/23/14 – Reviewed Sankey and Jackson PI Orders, added in language in Memo where Appropriate | .1 |
| 7/23/14 – e-mailed Alan final brief for review | .1 |
| 7/23/14 – added Due Process paragraph to PI Memo | .2 |
| 7/24/14 – Drafted Fotoudis Decl. Identified Exhibits | 1.5 |
| 7/24/14 – Called Alan Beck to get feedback re: motions | .1 |
| 7/30/14 – Draft Stip Dismissal | .5 |
| **TOTAL:** | **16.4** |

## ATTENDING COURT HEARINGS

| | |
|---|---:|
| 7/30/14 – Status with Judge Seabright | .5 |
| 8/12/14 – Status Conference  City to set apt. where Steve can apply for 134-3  I am to file Amended Complaint/Stip Fact MSJ –  Incorporate argument from PI | .5 |
| 9/16/14 – Status Conference – stip lang. too broad/  explained to judge what caused mistake –  Defendants to re-submit | .5 |
| **Total:** | **1.5** |

Exhibit Nine

## TRIAL PREP AND ATTENDING TRIAL

N/A

## TOTAL                                                                                                                          50.6

## POST-TRIAL MOTIONS

| | |
|---|---|
| 9/23/14 – Draft Memorandum for Attorneys' Fees – copied Statement of Facts And Procedural History from Judge Seabright's Order/Edited for This case (removed references to other lawyers and clients) | 1.3 |
| 9/23/14 – calculated total hours/scrubbed timesheet | .9 |
| 9/23/14 – drafted Declaration/made appropriate changes to existing declaration /calculated GET tax numbers/still need to plug in numbers with Fees hours | 2.8 |
| 9/23/14 – Edited Declaration/compiled exhibits/renumbered paragraphs, Exhibits | .5 |
| 9/23/14 – E-mailed to Alan/requested his Dec. | .1 |
| 9/25/14 – revised Alan Dec | .3 |
| 9/26/14 – revised Alan Dec – asked him for categorized timesheet | .5 |
| 9/26/14 – categorized timesheet | .6 |
| 9/26/14 – calculated totals per category/total | .2 |
| 9/26/14 – revised Declaration – put in amounts | .1 |
| 9/26/14 – Finalized Declaration | .3 |
| 9/26/14 – Drafted Motion | .8 |
| 9/26/14 – Filed Motion and Attachments | .1 |
| **TOTAL** | **8.5** |