## Alan Beck Time Sheet

June 20th Initial Consultation with client and research        1.2 hours

June 21st Research                                                   4.5. Hours

June 23rd Additional Consultation with Client and Research        2.2. Hours

July 26th Begin Compiling list of all potentially related cases and rereading them. 1.5 hours


July 5th At this point I had compiled a list of every alienage case dealing with firearms in the history of American law and began my analysis.                        3.2 Hours


July 21st Compiled cases along with written analysis over to Mr. Holcomb   1.7 Hours

Time spent on declaration and associated items                      1.4 Hours


= 15.7 Hours

Exhibit 10