## Alan Beck Time Sheet

June 20th Case Development     1.2 hours

June 21st Case Development                            4.5. Hours

June 23rd Case Development  Research      2.2. Hours

July 26th Case Development  . 1.5 hours


July 5th Case Development                              3.2 Hours


July 21st  Case Development  1.7 Hours

July 26th  Post-trial motions.              1.4 Hours


= 15.7 Hours

Exhibit 10