# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVE FOTOUDIS, )<br>)<br>         Plaintiff, )<br>vs. )<br>)<br>CITY AND COUNTY OF )<br>HONOLULU, )<br>)<br>DAVID LOUIE, in his official capacity, )<br>)<br>and )<br>)<br>LOUIS KEALOHA, in his official )<br>capacity, )<br>)<br>         Defendants. )<br>) | CASE NO. CV 13-00397 JMS-BMK<br><br>DECLARATION OF RICHARD L.<br>HOLCOMB IN SUPPORT OF BILL OF COSTS |

## DECLARATION OF RICHARD L. HOLCOMB
## IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES

1. I am an attorney duly licensed to practice law in the State of Hawai'i and before the District Court for the District of Hawai'i as well as the Ninth Circuit Court of Appeals. This declaration is made to the best of my knowledge and based on personal knowledge of the matters set forth herein.

2. I am an attorney of record for the Plaintiff, Steve Fotoudis, in the above-captioned case.

1

3. I prepared the foregoing Bill of Costs and Memorandum in Support of the Bill of Costs and believe that all of the factual averments in that Bill of Costs and Memorandum are true and accurate to the best of my knowledge.

4. I incurred $400 for Mr. Fotoudis' filing fee. This was a necessary cost as the case could not be filed unless the fee was paid.

5. I printed/copied the three page contract of representation for Mr. Fotoudis on July 18, 2014. Pursuant to Rule 54.2(f)(2) of the Local Rules of this Court and the practice of this Court, I am requesting reimbursement of $0.15 per page. I am requesting a total reimbursement of $0.45 for this expense.

6. On July 25, 2014, I printed and made six copies of the documents that had been filed, including the Complaint, Summons, and Motions for Temporary Restraining Order and Preliminary Injunction, as well as the appropriate attachments for each document. These copies were necessary to effectuate service and to provide courtesy copies to the Court pursuant to the Local Rules of this Court. The total pages were 128 and I produced a total of 6 sets of those documents for a total of 768 pages. Pursuant to Rule 54.2(f)(2) of the Local Rules of this Court and the practice of this Court, I am requesting reimbursement of $0.15 per page. I am requesting a total reimbursement of $115.20 for this expense.

7. I have attempted to confer with the City regarding settlement of these costs.

8. I have made diligent efforts to settle costs and fees since the first status conference in this matter. Consistent with all of my efforts to negotiate civil rights cases with the City (at least), Defendants rejected those efforts.

9. Plaintiff made the first good faith basis to settle fees and costs in this matter on August 5, 2014, by submitting an offer to resolve all costs and fees to opposing counsel. Although I reduced the amount I believe that I was entitled to and based the offer on the billing rate previously set by this Court for Attorney Beck and me, the City stated without explanation that my offer was "too high." Defendants counteroffer further reduced the fees by almost one third. Nevertheless, in response, I again reduced the offer by $700 and never received a response from Defendants as to this offer and the Defendants' counteroffer, which was around ¾ of this highly discounted second offer never increased. These offers would have permitted Defendants to "lock in" fees and costs regardless of any further expenditures of time or expenses on the part of the undersigned.

10. On August 22, 2014, after the filing of the motions and without any response from Defendants, I raised the amount of the offer as I had warned them I would do. I never received any response to that offer.

11.    I will, again, attempt to confer with the City when I also consult with the City pursuant to Rule 54.3 of the Local Rules of this Court.

I, Richard L. Holcomb, declare under penalty of perjury under the laws of the state of Hawai'i that the forgoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawai'i; September 29, 2014.

                                        <u>s/ Richard Holcomb</u>
                                        Richard Holcomb
                                        Attorney for Plaintiff