DEPARTMENT OF THE CORPORATION COUNSEL

DONNA Y. L. LEONG      3226-0
Corporation Counsel
ERNEST H. NOMURA     4829-0
LISA W. CATALDO          6159-0
Deputies Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone No.:   (808) 768-5120
Facsimile No.:    (808) 768-5105
E-Mail:      enomura@honolulu.gov
                   lcataldo@honolulu.gov

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVE FOTOUDIS,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU, LOUIS KEALOHA, CHIEF OF THE HONOLULU POLICE DEPARTMENT, IN HIS OFFICIAL CAPACITY; DAVID LOUIE, ATTORNEY GENERAL OF HAWAII, IN HIS OFFICIAL CAPACITY,<br><br>           Defendants. | CIVIL NO. CV 14-00333 JMS-RLP<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S OBJECTIONS TO PLAINTIFF'S BILL OF COSTS (CM/ECF DOC. NO. 41); CERTIFICATE OF SERVICE |

DEFENDANT CITY AND COUNTY OF HONOLULU'S OBJECTIONS
TO PLAINTIFF'S BILL OF COSTS (CM/ECF DOC. NO. 41)

Defendant City and County of Honolulu ("City")[1] objects to Plaintiff's Bill of Costs as follows:

### Copying Charges

LR54.2(f)(4) provides as follows:

> The cost of copies **necessarily obtained for use in the case** is taxable provided the party seeking recovery submits an affidavit describing the documents copied, the number of pages copied, the cost per page, and the use of or intended purpose for the items copied.

Plaintiff seeks recovery of $0.45 for copies of the retention agreement between him and his lawyer. This expense is not a recoverable taxable cost. It is "office overhead" and not taxable costs under Rule 54. Copies of the "retention agreement" certainly were not "necessarily obtained for use in the case." This amount must be rejected.

Plaintiff seeks $115.20 for copies of the complaint, summons and Motions for Temporary Restraining Order and Preliminary Injunction. He made six (6) copies of each of these documents for a total of 768 pages. This is excessive.

---

[1] Louis M. Kealoha, Chief of Police, Honolulu Police Department, has not been served to date.

The complaint is 27 pages long.  Four (4) copies should be deemed sufficient and reasonable, especially in light of the CM/ECF filing system, and only three (3) named defendants.  This amounts to a total of **108 pages**.  The summons is two (2) pages long; four (4) copies, for a total of **8 pages**.

The Motion for Temporary Restraining Order is 9 pages long.  Three (3) copies should be deemed sufficient and reasonable (two (2) courtesy copies to the Court and one (1) extra hard copy), for a total of **27 pages**.  Opposing counsel received copies via the CM/ECF system.  No copying costs should have been incurred in connection with this motion.

The Motion for Preliminary Injunction is 84 pages long.  Again, three (3) copies should be deemed sufficient and reasonable (two (2) courtesy copies to the Court and one (1) extra hard copy), for a total of **252 pages**.  Again, opposing counsel received copies via the CM/ECF system; hence, no copying charges should have been incurred for this motion as well.

Thus, the total number of copies that the City believes is reasonable is:  395 pages at $0.15 per page = **$59.25**.

The City submits that the Clerk should tax **$459.25** against the defendants, not $515.65 that Plaintiff requests.[2]

DATED:  Honolulu, Hawaii, September 30, 2014.

        DONNA Y. L. LEONG
        Corporation Counsel

        */s/ Ernest H. Nomura*
        _____
        ERNEST H. NOMURA
        LISA W. CATALDO
        Deputies Corporation Counsel

        Attorney for Defendant
        CITY AND COUNTY OF HONOLULU

---

[2]  The City does not dispute the $400.00 filing fee, provided that counsel submits a copy of the receipt that supports this cost item.  See LR54.2(c).