RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>                Plaintiff,<br>   vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his official capacity; and<br><br>David Louie, Attorney General of Hawaii, in his official capacity.<br><br>                Defendants. | 1:14-CV-00333 JMS-RLP<br><br>REPLY TO DEFENDANT CITY AND COUNTY OF HONOLULU'S OBJECTIONS TO PLAINTIFF'S BILL OF COSTS [DOC. 42] |

**REPLY TO DEFENDANT
CITY AND COUNTY OF HONOLULU'S OBJECTIONS
<u>TO PLAINTIFF'S BILL OF COSTS [Doc. 42]</u>**

COMES NOW the Plaintiff, Steve Fotoudis, by and through the undersigned counsel and replies to Defendant City and County of Honolulu's Objections to Plaintiff's Bill of Costs [Doc. 42].

The City asserts that it should only reimburse part of Mr. Fotoudis' costs. The City overlooks the fact that both a file copy and a client copy of each document are necessary. The City also overlooks courtesy copies of the Complaint. The City overlooks the necessity of printing one copy of the issued summons to serve and one for the file. Moreover, it is necessary to print a copy of the contract and have it signed. It is also necessary to provide the client with a copy of the contract.

In any event, Mr. Fotoudis has only sought reimbursement for six sets of the copies made, when in reality, seven would have been appropriate. Mr. Fotoudis again requests full reimbursement for the costs requested.

DATED: Honolulu, Hawaii, September 26, 2014.

>*s/Richard Holcomb*
>Richard Holcomb
>Attorneys for Plaintiffs