RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Steve Fotoudis,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>City and County of Honolulu;<br><br>Lois Kealoha, Chief of the Honolulu Police Department, in his official capacity; and<br><br>David Louie, Attorney General of Hawaii, in his official capacity.<br><br>　　　　　　Defendants. | 1:14-CV-00333 JMS-RLP<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS [Docs. 39, 41]; CERTIFICATE OF SERVICE |

As stated in the Statement of Consultation, [Doc. 44], the parties have agreed on an amount for which to settle Attorneys' Fees and costs.  Plaintiff

has received a check from the City and a signed and binding contractual Settlement Agreement from Defendant Louie.

Plaintiff withdraws his motions filed as Docs. 39 and 41.

DATED: Honolulu, Hawaii, October 22, 2014.

                                      *s/Richard Holcomb*
                                      Richard Holcomb
                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, and/or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing Statement via this Court's electronic filing system and in accordance with the Rule of this Court upon the following:

Ernest Nomura
Lisa Cataldo
Department of Corporation Counsel
530 S. King St.
Room 110
Honolulu, HI  96813

Kendall Jackson
Department of the Attorney General
425 Queen St.
Honolulu, HI  96813

DATED: Honolulu, HI  96813; October 22, 2014.

                                      *s/Richard L. Holcomb*
                                      Richard L. Holcomb